

1  SHEILA QUINLAN, ATTORNEY AT LAW
   State Bar No. 180611
2  870 Market Street, Suite 570
   San Francisco, California 94102
3  Tel: (415) 399-9075
   Fax: (415) 399-9416
4  Email: sequinlan@earthlink.net

5  Attorney for Plaintiff

ORIGINAL
FILED

JUN - 5 2007

E-filing

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT COURT
DISTRICT OF CALIFORNIA

SC

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  NIGEL CABRAL                          CASE NO.
    A#: 098 265 277
12                                    )                    C 07 2906
                                      )  COMPLAINT IN THE NATURE OF
13         Plaintiff,                 )  MANDAMUS AND FOR OTHER
    v.                                )  INJUNCTIVE RELIEF
14                                    )
15  Michael Chertoff, Secretary of the U.S. )
    Citizenship and Immigration Services )
16                                    )
17  Rosemary Melville, District Director )
    U.S.  Citizenship  and  Immigration )
18  Services, San Francisco District Office )
19                                    )
    Emilio T. Gonzalez, Director, U.S. )
20  Citizenship and Immigration Services )
21                                    )
    Robert  Mueller,  Director,  Federal )
22  Bureau of Investigation           )
23         Defendants.
24

25

26  This complaint is brought by Plaintiff to compel action on his application for lawful

27  permanent resident status properly filed and pending with Defendants since March 19,

28

                                      1
COMPLAINT IN THE NATURE OF MANDAMUS AND FOR OTHER INJUNCTIVE RELIEF

1  2005. Defendants have refused and failed to adjudicate this case to the extreme detriment
2  of Plaintiff.

3

4                           **JURISDICTION AND VENUE**

5       1.      Plaintiff invokes the jurisdiction of this court pursuant to 28 U.S.C.§1331,
6  this action arising under the Constitution and the laws of the United States, specifically, 8
7  U.S.C. § 1255 et seq., INA § 245 et seq., 8 C.F.R. 245.2, 5 U.S.C. § 555 et seq., 5
8  U.S.C.§ 706, and the Fifth Amendment to the U.S. Constitution. Jurisdiction is also
9  invoked pursuant to 28 U.S.C. § 1361, this action being in the nature of a mandamus to
10 compel officers and employees of an agency of the United States to perform duties owed
11 to plaintiff.

12      2.      Venue is proper pursuant to 28 U.S.C. § 1391(e) which provides that a civil
13 action against an officer or employee of the United States or an agency of the United
14 States may be brought in the judicial district where the defendant resides.  Defendant
15 Melville is a resident of the Northern District of California. The USCIS, DHS, and FBI
16 are agencies operating within that district.

17                          **PRELIMINARY STATEMENT**

18      3.      On March 19, 2005 plaintiff NIGEL CABRAL filed an I-485 application
19 for adjustment of status to legal permanent residence with the San Francisco District
20 office of the U.S. Immigration and Naturalization Service (now United States Citizenship
21 and Immigration Services or "USCIS"). The USCIS currently takes about 6 months to
22 complete its processing of an application for visa and legal permanent residence.
23 Defendants have a duty to process legal permanent resident applications within a
24 reasonable time and in chronological order. More than two years and two months have
25 passed since Plaintiff filed his petition for alien relative and adjustment of status to legal
26 permanent residence, and despite plaintiff's written inquiries to the USCIS concerning his
27 application and petition, plaintiff has not received a determination with regard to his
28 application.

                                        2

1    4.    USCIS delays deprive applicants of important rights and privileges, and
2    cause them to suffer irreparable harm when their petition for alien relative and permanent
3    resident applications are delayed for protracted periods of time.  For example, without
4    legal permanent resident status plaintiff cannot petition to have his family join him in the
5    United States, and applicant's ability to travel is substantially restricted.  Applicants
6    must pay substantially higher tuition rates (nonresident rates), and cannot obtain
7    permanent or professional licenses, or even a regular California Driver License.  In
8    addition Plaintiff's ability to apply for naturalization has been significantly delayed as he
9    must show at least three years continuous presence as a legal permanent resident.
10   Moreover, Plaintiff has had to pay more than $360 in additional fees  to C.I.S. for
11   renewal of Work Authorization.

12   5.    Plaintiff seeks an order in the nature of mandamus compelling the USCIS
13   to adjudicate his I-485 application for adjustment of status to legal permanent resident.
14   This application has been pending for over two years and two months and there is no
15   reasonable explanation for this extended delay.  Plaintiff does not seek to have the Court
16   determine the merits of plaintiff's application, but only to compel the USCIS to follow its
17   statutory and regulatory mandate to process his petition for legal permanent residency to
18   completion, either a denial or issuance of an I-551 alien registration receipt or "green
19   card".

20
21                                   **PARTIES**

22   6.    Plaintiff NIGEL CABRAL is a citizen of India and currently resides in San
23   Francisco, California.  Plaintiff's A# is 98-265-277 and his residential status is contingent
24   upon the USCIS processing of his I-485 application for adjustment of status to legal
25   permanent residence.

26   7.    Defendant ROSEMARY MELVILLE is the District Director of the San
27   Francisco office of the USCIS with a duty to administer and enforce the INA.  She is
28   charged by law with the obligation of adjudicating applications for permanent residence.

3

1      8.    Defendant EMILIO T. GONZALEZ Director of the USCIS and is charged
2 under 8 U.S.C. § 1103 with supervising, implementing and enforcing the INA. He is
3 charged by law with the obligation of adjudicating applications for permanent residence.

4      9.    Defendant USCIS is a federal agency within the United States Department
5 of Justice, is the successor agency to the INS and has a mandate pursuant to 8 U.S.C. §
6 1103 to supervise, implement and enforce the INA.

7      12.   Defendant ROBERT MUELLER, is director of the Federal Bureau of
8
9 Investigation ("FBI"). The FBI is the agency currently charged with "clearing" aliens for
10 immigration benefits including I-485 (greencard) approvals. The USCIS regularly
11 attributes its "security clearance" delays to the FBI.

12
13     13.   Defendant MICHAEL CHERTOFF is Secretary of the Department of
14 Homeland Security of the United States and is charged under 8 U.S.C. §1103 to
administer and enforce the immigration and naturalization laws of the United States.
15
16                         **STATUTORY FRAMEWORK**

17     14.   Adjustment of Status to legal permanent resident is governed by 8 U.S.C. §
18 1255, INA § 245 *et seq.*, and 8 C.F.R. § 245.2.

19     15.   To obtain legal permanent resident status, an applicant must complete two
20 stages. First, the alien must be the beneficiary of an immigrant visa petition, and obtain
21 adjudication in favor of same. In the present case, plaintiff's I-130 petition was filed on
22 March 19, 2005. The USCIS interviewed plaintiff with regard to his I-485 application for
23 adjustment of status which is still pending approval.

24     16. Once the USCIS provides an adjudication as to the first stage, the applicant
25 becomes immediately eligible to apply to adjust his status to permanent resident,
26 provided the plaintiff meets certain statutory criteria. The statutory criteria provide that
27 an alien who is physically present in the United States may obtain permanent resident
28 status if: (1) the applicant properly files an I-485 Application to Adjust Status; (2) the

4

1    applicant is eligible for an immigrant visa and otherwise admissible to the United States
2    (no reason for exclusion); and (3) an immigrant visa is immediately available at the time
3    the Application to Adjust Status is filed.  (INA §245, 8 U.S.C. §1255, and 8 C.F.R.
4    §245.2.)  Here, plaintiff is physically present in the United States, has properly filed an I-
5    485 application, and as an immediate relative (spouse) is eligible for an immigrant visa
6    and is admissible to the United States, and has an immigrant visa immediately available.

7    17. After submitting an I-130 Petition for Alien Relative and an I-485 Application
8    to Adjust Status, an applicant is entitled to a reasonably timely interview concerning the
9    contents of the applications, and a reasonably timely adjudication of the I-130 and I-485
10   applications.   The USCIS conducted its interview of Plaintiff on August 18, 2005.
11   Defendant USCIS made no demand for additional documents nor did it require any
12   additional information from plaintiff in order to adjudicate the application.

13   18. Plaintiff's application for adjustment of status has been pending more than two
14   years and two months, when the USCIS' average processing time is 7-9 months.  More
15   importantly it has been more than one and a half years since plaintiff was interviewed.
16   There is nothing left to do on this case, yet Plaintiff has not yet received a determination
17   on his application.

18                                    **FACTS**

19   19. In March of 2005, Plaintiff applied to the USCIS to become a legal permanent
20   resident via a USCIS form I-485 Application to Adjust Status, pursuant to the 8 U.S.C. §
21   1255 *et seq.*, INA § 245 *et seq.* and in accordance with the regulations set forth in 8
22   C.F.R. § 245.2.  Plaintiff and plaintiff's wife set forth in their affidavits attached herewith
23   as exhibits documents (also attached as exhibits) establishing the facts asserted.

24   20. In accordance with and pursuant to the regulations governing INA § 245 *et*
25   *seq.*, plaintiffs paid the fees necessary to file the petition and application.

26   21. The USCIS duly accepted plaintiff's filing fee.

27   22. Plaintiff has submitted to the USCIS all documentation required by regulation
28   and statute to be submitted as a part of the application procedures.

                                          5
COMPLAINT IN THE NATURE OF MANDAMUS AND FOR OTHER INJUNCTIVE RELIEF

1    23. Plaintiff submitted the I-485 application for change of status to legal
2    permanent resident with the San Francisco Office of the USCIS in March of 2005 based
3    upon an I-130 petition file by his U.S. Citizen spouse, SARA CABRAL. At the time of
4    his application, Mr. Cabral was in lawful H-1b status. Mr. Cabral has always maintained
5    lawful status in the United States.

6    24. Plaintiff   NIGEL CABRAL was fingerprinted, in conjunction with his I-485
7    application, by USCIS on June 2, 2005. He and his wife were interviewed by the San
8    Francisco Office of the USCIS on August 18, 2005. It has now been more than two years
9    past that date.

10   25. Despite having reviewed the I-485 application, and having conducted an
11   adjustment interview of Plaintiff, as of the date of filing of this complaint, defendants
12   have failed to make any adjudication of plaintiff's application for legal permanent
13   residency (Green Card).

14   26. Pursuant to 8 U.S.C. § 1255 et seq., 5 U.S.C.§ 555 et seq. (the Administrative
15   Procedure Act or "APA"), and the Fifth Amendment to the U.S. Constitution, plaintiff
16   enjoys a clear right to apply to the USCIS for permanent resident alien status and to
17   receive a reasonably timely adjudication of that application.

18   27. As of the date of filing of this action, plaintiff has yet to receive a timely
19   adjudication of his application for legal permanent residency.

20   28. Pursuant to 5 U.S.C. § 555, defendant USCIS has a non-discretionary duty to
21   "within a reasonable time . . .conclude a matter presented to it" and to issue "prompt
22   notice. of the denial in whole or in part of a written application."

23   29. The failure to reasonably timely adjudicate plaintiff's combined application is
24   caused by an office-wide policy, pattern and practice of inefficiency, deliberate
25   incompetence or willful misconduct.

26   30. The subject delays are not caused by any factors unique to plaintiff.

27

28

COMPLAINT IN THE NATURE OF MANDAMUS AND FOR OTHER INJUNCTIVE RELIEF

1       31. Defendants' conduct in failing to adjudicate plaintiffs' combined application in
2   a reasonably timely manner is deliberately intended by defendants to cause unnecessary
3   and injurious delays to plaintiff in violation of his rights as alleged herein.

4       32. Written and "in person" inquiries have been submitted requesting information
5   regarding the current status of Plaintiff's application. These inquiries were submitted in
6   accordance with the procedure established by the defendants for such purposes.

7       33. The first inquiry was made by Plaintiff in October 2005 by Plaintiff by means
8   of and "InfoPass" appointment at C.I.S. San Francisco Office. At this appointment in
9   which plaintiff spoke personally to a C.I.S. Officer, plaintiff was told that his application
10  was pending and that there was no way for him to discover when a final decision would
11  be made. Plaintiff made nine subsequent Infopass appointments over the course of more
12  than one year and received the same reply.

13      34. Subsequent inquiries were made in May 2007 by plaintiff's attorney, Sheila
14  Quinlan. Plaintiff's Attorney wrote a letter and sent the same (via certified return receipt
15  U.S. Mail) to Richard Veleika Supervisor of the Adjustment Unit at the San Francisco
16  District Office and received no reply. Plaintiff's attorney scheduled and attended an
17  Infopass appointment on May 22, 2007 and was told by an Immigration Officer that the
18  case was pending and that it was unknown when it would be adjudicated.

19      35. Plaintiff's wife, Sara Cabral, a U.S. Citizen, attended two Infopass
20  Appointments, one on March 2, 2006 and April 11, 2006 and was told that the Plaintiff's
21  application was pending and that its possible date of adjudication was unknown.

22

23      36. Plaintiff's wife, Sara Cabral, a U.S. Citizen, contacted her Congressional
24  Representative, in writing, on January 16, 2007 requesting assistance in causing CIS to
25  adjudicate her husband's petition. The application was still not adjudicated by U.S.C.I.S..

26

27      37. As of this date no response or explanation has been offered by the USCIS
28  without any indication as to why this case has suffered an extended delay of more two
years. The only response given by U.S.C.I.S. is that the application is pending for

COMPLAINT IN THE NATURE OF MANDAMUS AND FOR OTHER INJUNCTIVE RELIEF

1    "security clearance." In an informational brochure given out by U.S.C.I.S. regarding
2    security clearances, it is stated that security clearances yield information about persons
3    involved in crime and safeguard our nation. However, a person who has a pending
4    application is still present in, and free to move about, the United States. Even without
5    permanent resident status, an applicant is still accorded full rights of defense in
6    deportation or removal proceedings. Hence whether having been granted permanent
7    resident status or not, they pose the exact same risk to the security of the United States.
8    What the government's actions in this instance DOES do, is deprive the plaintiff and an
9    applicant with a pending application the right to acquire residence time toward
10   citizenship and hence refuse or delay him the franchise. It causes plaintiff to have to
11   spend money to pay fees to renew work authorization. It causes plaintiff to have to pay
12   fees to receive permission to travel internationally and to have to plan trips at least three
13   months in advance since this is the minimum time necessary to apply for and receive
14   travel permission.

15       38. Defendants do not employ any reasonable system to safeguard that:  (1) files
16   are centrally monitored to guarantee that they are being completed on a rational, efficient
17   and non-preferential basis; or (2) applicants are provided with meaningful information on
18   the status of files that have not been adjudicated on a timely basis.

19       39. Plaintiff has been denied due process of law under the terms of the Fifth
20   Amendment to the United States Constitution by the defendants' neglect or refusal to
21   take action to adjudicate his application.

22       40. Plaintiff has suffered and continues to suffer irreparable harm as a result of the
23   defendants' refusal to take action.   This harm includes: delaying eligibility for any
24   application for naturalization as a United States citizen; substantial restrictions on his
25   ability to travel or relocate; the inability to receive promotions or otherwise advance his
26   career; the inability to establish residency for tuition purposes; the inability to obtain
27   home or educational loans; and, generally, continuing mental distress resulting from his
28   unsettled legal condition.

8

COMPLAINT IN THE NATURE OF MANDAMUS AND FOR OTHER INJUNCTIVE RELIEF

1   41. There is no reasonable basis for defendants' position, and it is not substantially
2   justified under the law.

3

4                    **ADMINISTRATIVE REMEDIES HAVE BEEN EXHAUSTED**

5       42. Plaintiff does not have any administrative remedies available to him aside from
6   the application process about which he is now complaining.

7       43. Plaintiff has pursued every available avenue, providing valid applications and
8   petitions with fees paid, participating in an interview as arranged by the USCIS, and
9   providing all documents as requested upon conclusion of that interview. Plaintiff has
10  made in person inquiries with the USCIS to no avail, and has no further recourse but to
11  petition the Federal District Court to compel the USCIS to act with regard to his
12  application to adjust his status to a lawful permanent resident.

13

14                         **NO ADEQUATE REMEDY AT LAW**

15      44. Since plaintiff cannot appeal decisions that have not been rendered, and since
16  federal law requires plaintiff to follow the application process he is now following, and
17  about which he is now complaining, plaintiff has no adequate remedy at law to compel
18  defendants to adjudicate plaintiff's I-485 application. Only relief in the nature of
19  mandamus will protect plaintiff from defendants' nonfeasance and misfeasance.

20

21                              **CLAIM FOR RELIEF**

22      45. Plaintiff is entitled to an order in the nature of mandamus to compel defendants
23  to complete adjudication of his I-485 application for legal permanent residence in a
24  reasonably timely manner. 5 U.S.C. §706(1).

25      46. Plaintiff is entitled to injunctive relief to prevent the USCIS from engaging in
26  negligent or willful failure to adjudicate the I-485 application in a reasonably timely
27  manner, and to compel the USCIS to adjudicate applications in the chronological order in

28

which they are filed, and apply the immigration laws and regulations in a nondiscriminatory manner.

47. Plaintiff is eligible for payment of attorney's fees, related expenses, and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

**PRAYER FOR RELIEF**

WHEREFORE, plaintiffs pray for the following relief:

1. That judgment be entered ordering defendants to complete their adjudication and processing of plaintiff's I-485 Application to Adjust Status to legal permanent resident;

2. That judgment be entered ordering defendants in the event of an approval issue plaintiff an I-551 alien registration receipt or "green card" in a reasonable and timely manner.

3. That judgment be entered ordering the defendants to establish a rational, non-preferential system for tracking and promptly scheduling interviews and adjudicating such applications in a reasonably timely manner and in chronological order, pursuant to USCIS Operating Instruction 103.2q;

4. That judgment be entered ordering the defendants to forthwith establish a rational, non-preferential system for promptly responding meaningfully to written inquiries regarding cases that have not been adjudicated;

5. That plaintiffs be awarded attorney's fees, costs and expenses in accordance with the Equal Access to Justice Act; and

6. That plaintiffs have such other and further relief as the court deems appropriate.

Dated:  May 29, 2007

Respectfully submitted,

By: _Quee_

SHEILA QUINLAN
Attorney for Plaintiff

10
COMPLAINT IN THE NATURE OF MANDAMUS AND FOR OTHER INJUNCTIVE RELIEF

# Exhibit List

| | |
|---|---|
| Exhibit A | Affidavit of Nigel Cabral |
| Exhibit B | Affidavit of Sara Cabral, wife of Nigel Cabral |
| Exhibit C | Affidavit of Sheila Quinlan, Attorney at Law |
| Exhibit D | Notice dated March 19, 2005 showing receipt by government of I-485, Application to Adjust Status submitted by Nigel Cabral. |
| Exhibit E | Recent Notice by U.S. Citizenship and Immigration Services (USCIS) showing that they are currently processing case filed October 14, 2006 |
| Exhibit F | Receipts showing payments in amount of $180 by and application by Nigel Cabral for renewed work authorization dated March 12, 2006 and March 21, 2007. |
| Exhibit G | Copy of form AR-11 Change of Address form executed by Nigel Cabral on February 10, 2007. |
| Exhibit H | Information Sheet and Fact Sheet put forth by US Citizenship and Immigration Services about Security Clearance stating that USCIS security checks may continue for an indefinite period. |
| Exhibit I | Stamped Notice from USCIS showing Nigel Cabral had his fingerprints taken in conjunction with his Application to Adjust Status on June 2, 2005. |
| Exhibit J | Notice by USCIS describing the "Infopass" service as the means by which an applicant may request information about a pending application. |
| Exhibit K | Notice by USCIS dated August 18, 2005 showing Application to Adjust Status filed by Nigel Cabral is being held pending security clearance. |
| Exhibit L | Copies of posted checks made payable to USCIS dated March 9, 2005 showing payment for Application to Adjust Status and related ancillary applications in the total amount of $745. |
| Exhibit M | Copy of letter of inquiry made by Sara Cabral to Congresswoman Nancy Pelosi in an effort to discover when and if Nigel Cabral's Application to Adjust Status would be adjudicated. |
| Exhibit N | Notice of Infopass Appointment for May 22, 2007 made by Sheila Quinlan, Attorney at Law, to enquire as to the status of the Application to Adjust Status made by her client, Nigel Cabral. |
| Exhibit O | Copy of letter dated May 8, 2007 sent to Richard Valeika, Supervisor, Adjustment Unit of the San Francisco District Office of USCIS requesting that Nigel Cabral's Application to Adjust Status be adjudicated. Copy of certified mail and return receipt showing that such letter was promptly delivered. |
| Exhibit P | Copy of form G-28 Notice of Entry of Appearance as Attorney of Record filed by Sheila Quinlan, Attorney at Law in order to enter her appearance for Nigel Cabral and copy of certified mail and return receipt showing that such letter was promptly delivered. |
| Exhibit Q | Copy of Form I-485 Application to Adjust Status, form I-130 Petition for Alien Relative (and other forms and documents typically submitted in support of such applications) submitted to USCIS by applicant Nigel Cabral and his petitioning wife, Sara Cabral on or about March 19, 2005. |

**EXHIBIT A**

Affidavit of Nigel CABRAL

I, Nigel Cabral, swear under penalty of perjury that the following statements are true and correct to the best of my knowledge:

(1) That on March 19, 2005 I applied for Adjustment of Status at the San Francisco District Office of U.S. Citizenship and Immigration Services (C.I.S.) and a receipt for same was issued to me on that day.

(2) That on March 21, 2005, a fee receipt was issued to me showing that I made payment in the amount of $745 for my application for Adjustment of Status and ancillary applications.

(3) That I was scheduled for fingerprints in conjunction for this application and attended such appointment on June 2, 2005.

(4) That on August 18, 2005, I attended an adjustment of status interview with my wife at the San Francisco District Office of C.I.S..

(5) That at that interview I was told that my application was being held pending for "Security Clearances" and that I was issued a letter to this effect by the C.I.S. officer who interviewed me.

(6) That I have not received any notice of the disposition of my application to date.

(7) That on numerous occasions I have requested that my application be adjudicated and have tried to obtain an answer to when it will be adjudicated. I have outlined my attempts in paragraph 18 below.

(8) That after each request for C.I.S. to adjudicate my application and tell me the possible disposition date I have been given an answer that it is pending for security clearance and the date it has been adjudicated is unknown.

(9) That my wife, Sara Cabral, on January 16, 2007 contacted a Congressional Representative for the District in which I live requesting assistance with my Adjustment of Status application and this request has not caused my application to be adjudicated.

(10)     That I am a citizen of India.

(11)     That I hold an M.B.A and I am presently employed as a Senior Consultant in the area of Business Strategy with Verisign of Mountain View, California. I have held this position since October 2005.

(12)     That I am married to Sara Cabral nee Baylis, a U.S. citizen. That I married her on February 4, 2005 in San Francisco, California. That we have always resided together in marital union since the date of our marriage. That application for Adjustment of Status is based upon my marriage to her, a U.S. citizen and that she filed the petition that underlies the Adjustment of Status application referred to above.

(13)     That I have never been arrested for, charged with or convicted of any crime in any country. That I have faithfully obeyed the immigration regulations of the United States.

(14)     That the delay in processing my adjustment application has caused me deep and enduring psychological pain and stress.

(15)    That my wife and I, who are now in our mid 30's, intend to have children but we have been purposefully delaying such event due to the instability of my immigration status and fears about my ability to continue to reside in the United States.

(16)    That both my ability to work freely and to travel outside the United States has been compromised due to the requirement that I continually renew my work authorization.

(17)    That I have spent at least the following amount of money in renewing my work authorization for the period of time from August 2005 to present : Work Authorization renewed on 03/12/2006 and 03/21/ 2007 with fees of $180 each.

(18)    That the list of attempts I have made to request C.I.S. to adjudicate my application is as follows:

(a)

Infopass Appointments made by me an attended by me in person at the San Francisco District Office during the following months:

March 2007, January 2007, December 2006, November 2006, August 2006, June 2006, February 2006 ,December 2005, November 2005, October 2005.

At each Infopass Appointment I received the answer that my application was pending for "security clearances" and that the date it would be adjudicated was unknown. I have attached the letter provide to me at one of my appointments.

(b)

In addition to the in person appointments I made phone calls to the Customer Service Line of C.I.S. once per month for the year 2006. Each of these phone calls involved lengthy waits in order to speak with a representative. The result of each phone call was that I was told that I had to go in person to the San Francisco District Office to make any inquiry about my case.

Signed this $\mathcal{8}^{\text{th}}$ day of May, 2007 at San Francisco, California

Nigel Cabral

# EXHIBIT B

Affidavit of Sara Cabral

I, Sara Cabral, the undersigned, swear under penalty of perjury that the following statements are true and correct to the best of my knowledge:

(1) That I am married to Nigel Cabral and that we were married on February 4, 2005 in San Francisco, California.

(2) That I presently reside with my husband at 6 Commonwealth Avenue Apartment # 3, San Francisco, California 94118.

(3) That on or about March 19, 2005 I filed form I-130 Petition for Alien Relative on behalf of my husband. This form was filed in conjunction with my husband's application for Adjustment of Status to Permanent Residency.

(4) That on August 18, 2005 I attended, with my husband, the Adjustment of Status interview at the San Francisco District Office of U.S. Citizenship and Immigration Services (hereafter "C.I.S.") and that at the conclusion of the interview we were told that his application was being held pending security clearance.

(5) That on numerous occasions either my husband or myself made contact with C.I.S. in order to enquire whether his application had been adjudicated and if not when it would be adjudicated. At each request I was told that it was unknown when the application would be adjudicated.

(6) Specifically, I personally attended two "Infopass" appointments at the San Francisco District Office of C.I.S. located at 444 Washington Street in San Francisco to enquire about the progress of his application. At both of those appointments I was told that the application was pending at that its possible date of adjudication was unknown. The dates of my two Infopass Appointments were March 2, 2006 and April 11, 2006.

(7) That on or about January 16, 2007, I contacted, in writing, the Congressional Representative for the District in which I live, Congresswoman Nancy Pelosi, and requested her help in resolving this matter. I have not yet received any correspondence from Representative Pelosi indicating that this matter has been resolved.

(8) That I am presently 35 years old. I work in the field of Music Licensing as Director of Licensing and Content Management for Moderati, Inc. located in San Francisco, California. That I hold a B.S. degree from Duke University (Durham, North Carolina) and a M.B.A. from the Walter A. Haas School of Business, U.C. Berkeley.

(9) That I am a United States citizen and have been one for my entire life. That both of my parents are United States citizens, that all four grandparents were US citizens, and that my family can trace back many generations in the United States.

(10) That the fact that my husband has not been granted Permanent Resident Status has been a great source of stress to me. That the refusal of the government to act upon his application or provide any indication of when his application will be adjudicated has caused instability in my life. That my husband and I wish to start a family but we feel too unstable to do so, specifically, we do not know whether he will ever be granted permission to reside here permanently. That I have begun

to lose faith in the workings of the government of my own country. That I feel that I have been deprived of a basic right: the right to have my husband, who has faithfully obeyed the immigration laws of the United States, with me in lawful permanent status with the ability to become a U.S. Citizen. That I have been deprived a stable, settled, home life that may be extended to our future child or children. That we are not free to travel internationally without the hindrance and expense of Advance Parole documents. That we cannot renew and nurture contact with our extended family abroad by personal visits. That we must expend family money for continual renewal of employment documents for my husband.

Signed this 23rd day of May, 2007 in San Francisco, California

Sara Cabral

**EXHIBIT C**

Affidavit of Sheila Quinlan, Attorney at Law

I , the undersigned, swear that the following statements are true and correct to the best of my knowledge:

(1) I am an attorney licensed to practice law by the State Bar of California for more than 11 years. My business address is 870 Market Street, Suite 570, San Francisco, California 94102 and my phone number is (415) 399-9075. I have been practicing immigration law in San Francisco for more than eleven years.

(2) I am certified as a Specialist in Immigration and Nationality Law by the State Bar of California.

(3) I practice exclusively in the area of Immigration and Nationality Law and I have handled more than 800 cases in this field including many for clients in Immigration Court in Deportation and Removal Proceedings.

(4) That on May 22, 2007, I personally made inquiry with U.S. Citizenship and Immigration Services, San Francisco District Office regarding the disposition of the Adjustment of Status Application of Nigel Cabral filed March 19, 2005.

(5) That these inquiries consisted of the following: Infopass Appointment scheduled for Tuesday, May 22, 2007 (response I received from C.I.S. Officer was that the case was pending for Security Clearance and that the date it would be adjudicated was unknown and that no estimated time to adjudication could be provided.) Certified Letter sent on May 3, 2007 to Richard ValeikaActing, Supervisor, Adjustment Unit, USCIS, San Francisco District Office requesting that the Adjustment of Status Application of Nigel Cabral be adjudicated as well as fax of same to Mr. Valeika. I have received no response to these inquiries.

(6) That I entered my appearance as Attorney of Record by means of mailing via U.S. Certified Mail, Return Receipt Requested to the Adjustment of Status Unit of the San Francisco District Office on May 10, 2007.

(7) That all documents submitted with this Writ of Mandamus are true copies of the originals.

I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge.

Signed this 24th day of May , 2007 at San Francisco, California.

Sheila Quinlan

# EXHIBIT D

U.S. Department of Homeland Security

*630 Sansome Street*
*San Francisco, CA 94111*



U.S. Citizenship
and Immigration
Services

# Notice of Receipt

Date:    5/19/2005

A No:    98-265███    COA:  CR6

Name:       CABRAL, NIGEL

Address:    520 8TH AVENUE #6

            SAN FRANCISCO, CA 94118

Your Form I-485 Application for Adjustment of Status has been received and accepted. Your interview appointment notice will be mailed to you separately. If you also applied for employment authorization and/or advance parole, notices for appearing to receive these benefits, if approved, are also enclosed.

**Please carefully review all of the other material enclosed. It may include requests for evidence and documentation you must bring with you to your interview on the date assigned. Failure to bring all requested evidence and documents to your adjustment of status interview could result in immediate denial of your adjustment application. DO NOT mail documents to this office unless advised to do so.**

**NOTICE: You must not depart the United States without written permission from the Service while your application is pending. If you depart without permission your application will be denied. You may apply for advance parole to re-enter the United States to continue processing your application.**

ADVISORY: If after April 1, 1997, you were unlawfully present in the United States for more than 180 days before filing for adjustment of status, you may be found inadmissible under Section 212(a)(9)(B)(I) of the Act when returning to the United States. If you are found inadmissible, you will need to qualify for a waiver of inadmissibility before your adjustment of status can be approved.

CHANGE OF ADDRESS: The change of address form included with this receipt is for your use to notify this office of any change of address. Please retain a copy for your records. Failure to notify this office in a timely manner of any change of address may result in denial of your applications for adjustment of status and employment authorization (EAD).

**For: David N. Still, District Director**                    · www.uscis.gov

DM Form 1 (12/04/03) other editions are obsolete and may no longer be used

ment of Hom
: *Street*
*o, CA 94111*

:izenshi
imigrati
:s

US DHS
SAN FRANCISCO
RETAIN THIS RECEIPT

US DHS
SAN FRANCISCO
RETAIN THIS RECEIPT

# Notice of Receipt

10:48AM    Dec 13/05
00-0000 002    SFR-PC
#35173

10:07AM    Mar 21/05
00-0000 001    SFR-AO
#14040

A #          9826█████
Last Name    CABRAL
First Name   NIGEL

7  /  CO. A #          000000000
        Last Name    CABRAL
        First Name   NIGEL

**Name:** CABRAL, NIGEL

I-131        $170.00

I-765        $175.00

**Address:** 520 8TH AVENUE #6

SAN FRANCISCO, CA 94118

Cash        $170.00

I-130 SPOUSE$185.00
I-485        $315.00
FP-Fee/FD258 $70.00

XOfficialX
XDocumentX

XTTL         $745.00

Your Form I-485 Application for Adjustment of Status has been received and accepted. Check     $70.00
interview appointment notice will be mailed to you separately. If you also applied for Check    $175.00
authorization and/or advance parole, notices for appearing to receive these benefits, Check     $185.00
are also enclosed.                                                                     Check     $315.00

XOfficialX
XDocumentX

Please carefully review all of the other material enclosed. It may include reque
evidence and documentation you must bring with you to your interview on the
assigned. Failure to bring all requested evidence and documents to your adjustment of
status interview could result in immediate denial of your adjustment application. **DO NOT**
mail documents to this office unless advised to do so.

**NOTICE: You must not depart the United States without written permission from the
Service while your application is pending. If you depart without permission your
application will be denied. You may apply for advance parole to re-enter the United States
to continue processing your application.**

ADVISORY: If after April 1, 1997, you were unlawfully present in the United States for more
than 180 days before filing for adjustment of status, you may be found inadmissible under
Section 212(a)(9)(B)(I) of the Act when returning to the United States. If you are found
inadmissible, you will need to qualify for a waiver of inadmissibility before your adjustment of
status can be approved.

CHANGE OF ADDRESS: The change of address form included with this receipt is for your use
to notify this office of any change of address. Please retain a copy for your records. Failure to
notify this office in a timely manner of any change of address may result in denial of your
applications for adjustment of status and employment authorization (EAD).

**For: David N. Still, District Director**          www.uscis.gov

DM Form 1 (12/04/03) other editions are obsolete and may no longer be used

# EXHIBIT E



Home   Contact Us   Site Map   FAQ

Search   

Advanced Search

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resources    Press Room

Print This Page    Back

# U.S. Citizenship and Immigration Services
## San Francisco CA Processing Dates
## Posted April 18, 2007

<u>Notice</u>: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report that as the processing time. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show a date consistent with our service level goal because that reflects our commitment.

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

### There are several important exceptions to the processing times shown below:

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

### What if I have a problem or have questions about a case?

We offer a variety of services after you file. For example, for most kinds of cases you can <u>check the status of your case online</u>.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

<u>Case Services - How do I... know what kind of services are available to me after I file my application or petition?</u>

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

District Office Processing Dates for **San Francisco CA**Posted April 18, 2007

| Form | Form Name | Now Processing Cases with Receipt Notice Date of: |
|------|-----------|---------------------------------------------------|
| I-131 | Application for Travel Documents | January 13, 2007 |
| I-485 | Application to Register Permanent Residence or Adjust Status | October 14, 2006 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | December 28, 2006 |
| I-600A | Application for Advance Processing of Orphan Petition | December 28, 2006 |
| I-765 | Application for Employment Authorization | January 27, 2007 |
| N-400 | Application for Naturalization | September 12, 2006 |
| N-600 | Application for Certification of Citizenship | January 13, 2007 |

Print This Page.   Back

05-01-2007 04:04 PM EDT

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security

# EXHIBIT F

# UNITED STATES OF AMERICA

| | |
|---|---|
| RECEIPT NUMBER<br>MSC-07-801-25088 | CASE TYPE 1765<br>APPLICATION FOR EMPLOYMENT AUTHORIZATION |
| RECEIVED DATE<br>March 21, 2007 | PRIORITY DATE |
| NOTICE DATE<br>March 21, 2007 | PAGE<br>1 of 1 |

APPLICANT A98 265 ███
CABRAL, NIGEL C.

NIGEL C. CABRAL
6 COMMONWEALTH AVENUE 3
SAN FRANCISCO CA 94118

Notice Type:   Receipt Notice

Amount received: $ 180.00

Class requested: C09

Receipt notice - If any of the above information is incorrect, call customer service immediately.

Processing time - Processing times vary by kind of case. You can check our current processing time for this kind of case on our website at www.uscis.gov. On our website you can also sign up to get free e-mail status updates as we complete key processing steps on this case. Most of the time your case is pending the processing status will not change because we will be working on others filed earlier. We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move. Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update. If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

Notice to all customers with a pending I-130 petition - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's a relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel to determine current visa availability dates. For more information please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

If this receipt is for an I-485, or I-698 application - USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

## WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT-

Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment.
Acceptable kinds of photo identification are: a passport or national photo identification issued by your country, a drivers license, a military photo identification, or a state-issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

This receipt notice provides notification of the date that your application/petition was received by USCIS. This receipt notice does NOT grant any immigration status or benefit. You may not present this receipt notice as evidence that you have been granted any immigration status or benefit. In addition, this receipt notice does not constitute evidence that your application remains pending with USCIS i.e., that a decision to grant or deny your application/petition has not yet been made. The current status of your application/petition must be verified with USCIS.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NATIONAL BENEFITS CENTER
USCIS, DHS
P.O. BOX #648004
LEE'S SUMMIT MO 64064
Customer Service Telephone: (800) 375-5283



**THE UNITED STATES OF AMERICA**

| | | |
|---|---|---|
| **RECEIPT NUMBER** MSC-06-801-21028 | | **CASE TYPE** I765 APPLICATION FOR EMPLOYMENT AUTHORIZATION |
| **RECEIVED DATE** March 12, 2006 | **PRIORITY DATE** | **APPLICANT** A98 265 CABRAL, NIGEL C. |
| **NOTICE DATE** March 13, 2006 | **PAGE** 1 of 1 | |

NIGEL C. CABRAL
520 8TH AVE 6
SAN FRANCISCO CA 94118

Notice Type:   Receipt Notice

Amount received: $   180.00

Class requested: C09

Receipt notice - If any of the above information is incorrect, call customer service immediately.

Processing time - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

Notice to all customers with a pending I-130 petition - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

If this receipt is for an I-485, or I-698 application
USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT-
Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment.
Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a drivers license,
- a military photo identification, or
- a state - issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NATIONAL BENEFITS CENTER
USCIS, DHS
P.O. BOX #648004
LEE'S SUMMIT MO 64064
Customer Service Telephone: (800) 375-5283



# EXHIBIT G

OMB No. 1615-0007; Expires 08/31/08

**Department of Homeland Security.**
U.S. Citizenship and Immigration Services

# AR-11, Alien's Change
## of Address Card

| Name (Last in CAPS) | (First Name) | (Middle Name) | I am in the United States as a: |
|---|---|---|---|
| CABRAL | NIGEL | CRUCIFIX | ☐ Visitor  ☐ Permanent Resident ABSCONDER OF STATUS ☐ Student  ☒ Other (Specify) APPLICANT |

| Country of Citizenship | Date of Birth (mm/dd/yyyy) | Copy Number From Alien Card |
|---|---|---|
| INDIA | 0■■■■■ | A - 98-265 ■■■ |

| Present Address  (Street or Rural Route) | (City or Post Office) | (State) | (Zip Code) |
|---|---|---|---|
| 6 COMMONWEALTH AVENUE APT #3 | SAN FRANCISCO | CA | 94118 |

(If the above address is temporary) I expect to remain there _____ Years _____ Months

| Last Address    (Street or Rural Route) | (City or Post Office) | (State) | (Zip Code) |
|---|---|---|---|
| 520 8TH AVE APT #6 | SAN FRANCISCO, CA | | 94118 |

I work for or attend school at: (Employer's Name or Name of School)

VERISIGN

| (Street Address or Rural Route) | (City or Post Office) | (State) | (Zip Code) |
|---|---|---|---|
| 487 EAST MIDDLEFIELD ROAD | MOUNTAIN VIEW | CA | 94043 |

| Port of Entry Into U.S. | Date of Entry Into U.S. (mm/dd/yyyy) | If not a Permanent Resident, my stay in the U.S. expires on: (Date - mm/dd/yyyy) |
|---|---|---|
| SAN FRANCISCO, CA | 06/03/2006 | |

| Signature | Date (mm/dd/yyyy) |
|---|---|
| NL ^ | 2 - 10 - 2007 |

Form AR-11 (Rev. 01/20/06) Y

---

## AR-11, Alien's Change of Address Card

This card is to be used by all aliens to report a change of address within ten days of such change.

The collection of this information is required by Section 265 of the Immigration and Nationality Act (8 U.S.C. 1305). The data is used by U.S. Citizenship and Immigration Services for statistical and record purposes and may be furnished to Federal, State, local and foreign law enforcement officials. Failure to report a change of address is punishable by fine or imprisonment and/or removal.

**ADVISORY: This card is not evidence of identity, age or status claimed.**

**Public Reporting Burden.** Under the Paperwork Reduction Act, an agency may not conduct or sponsor an information collection and a person is not required to respond to an information collection unless it displays a currently valid OMB control number. We try to create forms and instructions that are accurate, can be easily understood and that impose the least possible burden on you to provide us with information. Often this is difficult because some immigration laws are very complex. This collection of information is estimated to average five minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including reducing this burden to: U.S. Citizenship and Immigration Services, Regulatory Management Division, 111 Massachusetts Ave. N.W., Washington, D.C. 20529. **Do not mail your completed form to this Washington, D.C. address.**

Mail Your Form to the Address Shown Below:

**Department of Homeland Security**
U.S. Citizenship and Immigration Services
Change of Address
P.O. Box 7134
London, KY 40742-7134

*For commercial overnight or fast freight*
**Department of Homeland Security**
U.S. Citizenship and Immigration Services
Change of Address
1084-I South Laurel Road
London, KY 40742-7134

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Dept of Homeland Security
US Citizenship & Immigration Svc
(Change of Address)
PO Box 7134
London, KY 40742-7134

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
ACS LONDON KY                    □ Agent
                                 □ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
   □ Certified Mail    □ Express Mail
   □ Registered       □ Return Receipt for Merchandise
   □ Insured Mail     □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

2. Article Number
   (Transfer from service label)
   7006 2760 0003 3690 0212

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

# EXHIBIT H

U.S. Department of Homeland Security
San Francisco, CA 94111



**U.S. Citizenship
and Immigration
Services**

*1 what he was doing before
2 what happened over
3 what docs expecting.
2 pictures
9170*

## A Note to Our Applicants Regarding National Security Checks:

A final Decision cannot be made on any application until national security checks are complete and the local US CIS office receives a response.

This process can take many months. Authorities in the Washington D.C. area complete the checks and this office has no control over the pace of their completion. In fact, it is not unusual for the checks to take well over six months.

It is important to understand that your case is not the only one. At any given time, there are many hundreds of this office's cases pending due to national security checks and that a significant portion of the checks take more than six months. Cases with pending security checks are queried every week to ensure that those that have cleared are acted on in a timely manner.

I thank you for your patience and, with this information in mind, I ask that you wait at least 120 days from the date of your interview or your last inquiry before making any inquiries into the status of your case. This will help us use our personnel more efficiently to complete cases rather than diverting them to answer premature status inquiries.

Sincerely,

David N. Still
District Director

U.S. Department of Homeland Security

U.S. Citizenship
and Immigration
Services

# Fact Sheet

## Immigration Security Checks—How and Why the Process Works

### Background

All applicants for a U.S. immigration benefit are subject to criminal and national security background checks to ensure they are eligible for that benefit. U.S. Citizenship and Immigration Services (USCIS), the Federal agency that oversees immigration benefits, performs checks on every applicant, regardless of ethnicity, national origin or religion.

Since 2002, USCIS has increased the number and scope of relevant background checks, processing millions of security checks without incident. However, in some cases, USCIS customers and immigrant advocates have expressed frustration over delays in processing applications, noting that individual customers have waited a year or longer for the completion of their adjudication pending the outcome of security checks. While the percentage of applicants who find their cases delayed by pending background checks is relatively small, USCIS recognizes that for those affected individuals, the additional delay and uncertainty can cause great anxiety. Although USCIS cannot guarantee the prompt resolution of every case, we can assure the public that applicants are not singled out based on race, ethnicity, religion, or national origin.

USCIS strives to balance the need for timely, fair and accurate service with the need to ensure a high level of integrity in the decision-making process. This fact sheet outlines the framework of the immigration security check process, explaining its necessity, as well as factors contributing to delays in resolving pending cases.

### Why USCIS Conducts Security Checks

USCIS conducts security checks for all cases involving a petition or application for an immigration service or benefit. This is done both to enhance national security and ensure the integrity of the immigration process. USCIS is responsible for ensuring that our immigration system is not used as a vehicle to harm our nation or its citizens by screening out people who seek immigration benefits improperly or fraudulently. These security checks have yielded information about applicants involved in violent crimes, sex crimes, crimes against children, drug trafficking and individuals with known links to terrorism. These investigations require time, resources, and patience and USCIS recognizes that the process is slower for some customers than they would like. Because of that, USCIS is working closely with the FBI and other agencies to speed the background check process. However, USCIS will never grant an immigration service or benefit before the required security checks are completed regardless of how long those checks take.

## How Immigration Security Checks Work

To ensure that immigration benefits are given only to eligible applicants, USCIS adopted background security check procedures that address a wide range of possible risk factors. Different kinds of applications undergo different levels of scrutiny. USCIS normally uses the following three background check mechanisms but maintains the authority to conduct other background investigations as necessary:

- The Interagency Border Inspection System (IBIS) Name Check— IBIS is a multiagency effort with a central system that combines information from multiple agencies, databases and system interfaces to compile data relating to national security risks, public safety issues and other law enforcement concerns. USCIS can quickly check information from these multiple government agencies to determine if the information in the system affects the adjudication of the case. Results of an IBIS check are usually available immediately. In some cases, information found during an IBIS check will require further investigation. The IBIS check is not deemed completed until all eligibility issues arising from the initial system response are resolved.

- FBI Fingerprint Check—FBI fingerprint checks are conducted for many applications. The FBI fingerprint check provides information relating to criminal background within the United States. Generally, the FBI forwards responses to USCIS within 24-48 hours. If there is a record match, the FBI forwards an electronic copy of the criminal history (RAP sheet) to USCIS. At that point, a USCIS adjudicator reviews the information to determine what effect it may have on eligibility for the benefit. Although the vast majority of inquiries yield no record or match, about 10 percent do uncover criminal history (including immigration violations). In cases involving arrests or charges without disposition, USCIS requires the applicant to provide court certified evidence of the disposition. Customers with prior arrests should provide complete information and certified disposition records at the time of filing to avoid adjudication delays or denial resulting from misrepresentation about criminal history. Even expunged or vacated convictions must be reported for immigration purposes.

- FBI Name Checks—FBI name checks are also required for many applications. The FBI name check is totally different from the FBI fingerprint check. The records maintained in the FBI name check process consist of administrative, applicant, criminal, personnel and other files compiled by law enforcement. Initial responses to this check generally take about two weeks. In about 80 percent of the cases, no match is found. Of the remaining 20 percent, most are resolved within six months. Less than one percent of cases subject to an FBI name check remain pending longer than six months. Some of these cases involve complex, highly sensitive information and cannot be resolved quickly. Even after FBI has provided an initial response to USCIS concerning a match, the name check is not complete until full information is obtained and eligibility issues arising from it are resolved.

For most applicants, the process outlined above allows USCIS to quickly determine if there are criminal or security related issues in the applicant's background that affect eligibility for immigration benefits. Most cases proceed forward without incident. However, due to both the sheer volume of security checks USCIS conducts, and the need to ensure that each applicant is thoroughly screened, some delays on individual applications are inevitable. Background checks may still be considered pending when either the FBI or relevant agency has not provided the final response to the background check or when the FBI or agency has provided a response, but the response requires further investigation or review by the agency or USCIS. Resolving pending cases is time-consuming and labor-intensive; some cases legitimately take months or even several years to resolve. Every USCIS District Office performs regular reviews of the pending caseload to determine when cases have cleared and are ready to be decided. USCIS does not share information about the records match or the nature or status of any investigation with applicants or their representatives.

# EXHIBIT I



**U.S. Citizenship and Immigration Services**

U.S. Department of Homeland Security
San Francisco District Office
630 Sansome Street
San Francisco, CA 94111

CABRAL, NIGEL          JUN - 2 2005          A No: 98-████  (E11/I485)

520 8TH AVENUE #6                            Date:  5/19/2005

SAN FRANCISCO, CA 94118                      COA:  CR6

This is in reference to your Application to Adjust your Status in the United States.  You have been scheduled to be fingerprinted at the APPLICATION SUPPORT CENTER indicated below ONLY on the following date:

## 6/2/2005

NOTE: If you do not have your fingerprints taken, your adjustment of status application may be considered abandoned and denied pursuant to 8 CFR § 103.2(b)(13). IMPORTANT: If you are unable to appear on your appointment date, you should write to the ASC directly to request rescheduling.

☐ **SANTA ROSA**
1401 Guerneville Road, Suite 100
Santa Rosa, CA 95403
Hours: Tuesday through Saturday
    8am to 4pm
    Closed Sunday/Monday

☐ **OAKLAND**
2040 Telegraph Avenue
Oakland, CA 94612
(Near 19th Street Bart Station)
Hours: Tuesday through Saturday
    8am to 4pm
    Closed Sunday/Monday

☑ **SAN FRANCISCO**
250 Broadway Street
San Francisco, CA 94111
Hours: Tuesday through Saturday
    8am to 4pm
    Closed Sunday/Monday

☐ **MODESTO**
901 N. Carpenter Road, Suite 14
Modesto, CA 95351
"Crossroads Shopping Center"
Hours: Tuesday through Saturday
    8am to 4pm
    Closed Sunday/Monday

☐ **SACRAMENTO**
731 K Street, Suite 100
Sacramento, CA 95814
Hours: Tuesday through Saturday
    8am to 4pm
    Closed Sunday/Monday

BIOMETRICS PROCESSING STAMP
ASC SITE CODE:  XM
BIOMETRICS QA REVIEW BY:
                    ON
TENPRINTS QA REVIEW BY:
                    ON   JUN - 2 2005

When you go to have your fingerprints taken, you must bring: 1) THIS NOTICE; and 2) Photo Identification such as a passport, valid driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, you will not be fingerprinted.

(REVISED 12/4/03) Q:FPREF1.doc

**EXHIBIT J**

## OTHER USCIS SERVICES

- ◆ ◆ ◆ ◆ ◆ ◆ ◆ ◆ ◆ ◆ ◆ ◆ ◆ ◆ ◆

**Do you want to . . . .**

- ◆ Make an appointment?

- ◆ Get free applications and instructions?

- ◆ Check the status of your application?

**For more information, go to**

**www.uscis.gov**

**Or call the**

**National Customer Service Center**

**1-800-375-5283**

*TTY for Hearing Impaired*
*1-800-767-1833*

- ◆ ◆ ◆ ◆ ◆ ◆ ◆ ◆ ◆ ◆ ◆ ◆



U.S. Citizenship
and Immigration
Services

8-2004



U.S. Citizenship
and Immigration
Services

# INFOPASS

A Customer's Guide



www.uscis.

**Schedule Your Appointment Online with INFOPASS**

# What is *InfoPass*?

*InfoPass* is an Internet-based system that allows you to make an appointment to see an Immigration Information Officer.

If you have a complex immigration issue that is best handled in person by a trained Information officer, *InfoPass* is for you. Routine issues, such as the following, can be handled by telephone or over the Internet:

FORMS Immigration forms can be downloaded from the official USCIS Web site, www.uscis.gov, or mailed to you from the National Customer Service Center (NCSC), at 1-800-375-5283.

CASE STATUS If you want to know the status of an application that you filed with a service center, you can get it online with your receipt number. Go to www.uscis.gov, select CASE STATUS ONLINE and enter your receipt number.

RENEW/REPLACE GREEN CARD Form I-90, *Application for Replacement of Green Card*, can be filed online. Go to www.uscis.gov and select E-GOV SERVICES.

EMPLOYMENT AUTHORIZATION Form I-765, *Application for Employment Authorization*, can be filed online. Go to www.uscis.gov and select E-GOV SERVICES.

INFORMATION For general information, save yourself a trip to the USCIS office. First, call the NCSC at 1-800-375-5283 to see if we can answer your questions over the phone.

❋ ❋ ❋ ❋ ❋ ❋ ❋

## How do I access *InfoPass* to make an appointment?

You need:

* A computer with an internet connection.
* Internet Explorer 4.0 or above, Netscape 4.0 or above, or any other similar browser.



# How does *InfoPass* work?

To make an *InfoPass* appointment, go to www.uscis.gov and select *InfoPass*. Then follow these steps:



**STEP 1** Select the language in which you want to make the appointment.

**STEP 2** Choose Make An Appointment.

**STEP 3** Type in the zip code of where you live, so that *InfoPass* can find the correct USCIS office for your appointment.



**STEP 4** Select the type of appointment you need.

**STEP 5** Type in your name, date of birth, zip code and telephone number. An e-mail address is optional. This information will help us identify you when you arrive for your scheduled appointment.

**STEP 6** Choose a date and time for your *InfoPass* appointment. The schedules offered are specific to that office and updated frequently.



**STEP 7** An appointment notice, showing the time and location of your appointment, will appear on your computer screen. Print a copy of this notice immediately. You must bring it with you when you go to the USCIS office for your appointment.



# EXHIBIT K

Department of Homeland Security
San Francisco, CA 94111

Cabral, Nigel



**U.S. Citizenship
and Immigration
Services**                    AUG 1 8 2005

A 98.265.■■■■    E-11 (PENDING)

☐ HAND-DELIVERED to applicant

THIS LETTER IS IN REFERENCE TO YOUR APPLICATION FOR PERMANENT RESIDENCE.
YOUR CASE HAS BEEN CONTINUED FOR THE REASON(S) CHECKED BELOW.
☐ Visa Availability    ☐ Fingerprints    ☒ Security Clearance(s)    ☐ A-file(s)    ☐ Further Review
☐ Documentation (listed below)    ☐ Other:

IT IS REQUESTED THAT YOU SUBMIT THE FOLLOWING DOCUMENTS:

☐ A court certified complaint, disposition, sentence, and proof of fulfillment of sentence (i.e. completion of probation, completion of community service, completion of term of imprisonment) for any and all your arrests even if expunged. If no record is available, submit a certified letter from the court stating there is no record. No photocopy.

☐ A Police clearance from all cities you have resided since _____. (Documentation must be original and/or certified by the police)

☐ One copy of the birth and baptismal certificates for all children (with translations, if applicable).

☐ Marriage certificate from all marriages and/or petition and final divorce decree from former spouse(s).

☐ Copy of rent agreement, deed, insurance binder, utility bills, bank/credit statements, other specified evidence of marital union: _____. Submit _____ of these.

☐ Letter from employer stating that you are currently employed or copy of recent pay stubs.

☐ Copy of first two pages of income tax returns (forms 1040) and W-2's for you and your spouse for tax year(s)

☐ Proof of physical presence in the United States on or about December 21, 2000 (e.g. original paystubs, medical or school records, dated pictures, verifiable child support payments, credit cards receipts, domestic airline tickets…etc.).

☐ Other:

YOU ARE ADVISED THAT YOU ARE GRANTED A PERIOD OF NINETY (90) DAYS FROM THE DATE
OF THIS LETTER TO SUBMIT THE REQUESTED DOCUMENTS.

FAILURE TO COMPLY WITH THIS REQUEST WILL BE DEEMED GROUNDS FOR DENIAL OF YOUR
APPLICATION FOR LACK OF PROSECUTION.

Sincerely,

David N. Still
District Director
cc:

PLEASE SEND REQUESTED DOCUMENTS
WITH A COPY OF THIS LETTER TO:

Citizenship and Immigration Service
630 Sansome Street, Room 200 / AOS
San Francisco, CA 94111
ATTN: E11 / PENDING / A 98.265.277

www.dhs.gov

**EXHIBIT L**



**LAW OFFICE OF GAURANG SHETH**
105 SONJA RD.
SOUTH SAN FRANCISCO, CA 94080

1121
11-35/1210

March 9, 2005

Pay to the Order of USCIS    $ 185.00

One hundred & eighty five 00/100    Dollars

BANK OF AMERICA
CALIFORNIA
955 EL CAMINO REAL
SOUTH SAN FRANCISCO, CA 650-615-4700

For BAYLIS I-130 petition CABRAL

⑈121000358⑈⑈⑈     ⑈1181⑈7⑈     ⑈00000185001⑈

---

**LAW OFFICE OF GAURANG SHETH**
105 SONJA RD.
SOUTH SAN FRANCISCO, CA 94080

1122
11-35/1210

March 9, 2005

Pay to the Order of USCIS    $ 315.00

Three hundred & fifteen 00/100    Dollars

BANK OF AMERICA
CALIFORNIA
955 EL CAMINO REAL
SOUTH SAN FRANCISCO, CA 650-615-4700

For I-485 Adj of Stat CABRAL

⑈121000358⑈⑈112     ⑈1181⑈7⑈     ⑈00000315001⑈

---

**LAW OFFICE OF GAURANG SHETH**
105 SONJA RD.
SOUTH SAN FRANCISCO, CA 94080

1123
11-35/1210

March 9, 2005

Pay to the Order of USCIS    $ 175.00

One hundred & seventy five 00/100    Dollars

BANK OF AMERICA
CALIFORNIA
955 EL CAMINO REAL
SOUTH SAN FRANCISCO, CA 650-615-4700

For I-765 EAD App. of CABRAL

⑈121000358⑈1123     ⑈1181⑈7⑈     ⑈00000175001⑈

---

**LAW OFFICE OF GAURANG SHETH**
105 SONJA RD.
SOUTH SAN FRANCISCO, CA 94080

1132
11-35/1210

March 17, 2005

Pay to the Order of U.S.C.I.S    $ 70.00

Seventy 00/100    Dollars

BANK OF AMERICA
CALIFORNIA
955 EL CAMINO REAL
SOUTH SAN FRANCISCO, CA 650-615-4700

For CABRAL | Fingerprinting fee



**EXHIBIT M**

## PRIVACY AUTHORIZATION RELEASE

In compliance with the Privacy Act of 1974, I hereby authorize Congresswoman Nancy

Pelosi or her staff to make any inquiry they deem necessary, and to request copies of

pertinent records on my behalf.

**Name (Please Print):** Sara Cabral

**Address:** 520 8th Ave #6
San Francisco, CA
94118

**Phone Number:** 415-203-7337

**Email Address:** sara.cabral@yahoo.com

**Social Security Number:** 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

**Other Identification/Case Number:** Case Receipt # WAC 051 685 2726 / A No. 98-265-277
for Nigel Cabral

**Please describe your problem:**

My husband Nigel Cabral has been waiting for his Green Card for almost two years. He applied in March 2005, was fingerprinted June 2, 2005, and we completed a successful interview in August 2005. The final step was to be completion of a security clearance - it has been 17 months since then and still we have no word.

**Signature:** _[signature]_

**Date:** 1/16/07

Can you please look into his case and provide us with any information. Thank you.

Please fill out this form completely and return it to my district office at the following
address:

**Congresswoman Nancy Pelosi**
**450 Golden Gate Avenue, 14th Floor**
**San Francisco, CA 94102**

P.S. I am a US citizen and I am the one petitioning for Nigel's change of status. We were married on Feb. 4, 2005.

# EXHIBIT N



**Name: Sheila Quinlan Re Nigel Cabral**

Appointment Question about case
Type:

Confirmation SFR-07-16616
No.:

Appointment **May 22, 2007**
Date:

Authentication 179f8
Code:

Appointment **8:45**
Time: **AM**

Location: 444 WASHINGTON STREET, San Francisco, CA 94111; LOBBY

### This is your Confirmation Number:



*SFR-87-16616*

## If you wish to cancel this appointment, you will need the following Personal Identification Number:
### 92054

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.
- NOTE: Cell phones that have camera features are not permitted in the building. Food and drinks are not permitted in the waiting room. In order to facilitate easy and swift entrance, you are advised to keep handbags and metal objects to a minimum by leave such items at home or with persons who will remain outside the building.

# EXHIBIT O

**SHEILA E. QUINLAN, ATTORNEY AT LAW**
870 Market Street, Suite 570, San Francisco, CA 94102
Phone: (415) 399-9075, fax: (415) 399-9416
E-mail: sequinlan@earthlink.net

May 8, 2007

Richard VALEIKA
Supervisor
Adjustment Unit
USCIS-SFDO
630 Sansome Street
San Francisco, CA 94111

**Re: Nigel CABRAL  A 98 ?**

**DELAY IN ADJUDICATION**
**ENTRY OF G-28**

Dear Mr. Valeika,

Please find my G-28 attached entering my appearance as attorney of record in this case.

This case has been pending with your unit for more than two years.

Please adjudicate this case.

Thank you.

Sincerely,

Sheila E. Quinlan
Attorney of Record

# EXHIBIT P

U.S. Department of Justice
Immigration and Naturalization Service    Case 3:07-cv-02906-SC    Document 1    Filed 06/05/2007    Page 53 of 82

**Notice of Entry of Appearance as Attorney or Representative**

Appearances - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. Availability of Records - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: I-485 of Nigel CABRAL | Date: May 8, 2007 |
| | File No. A 98 265 |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following:

| Name: Nigel CABRAL | ☐ Petitioner  ☐ Beneficiary | ☒ Applicant |
| Address: (Apt. No.) (Number & Street) 6 Commonwealth | (City) Ave #3 | (State) SF CA | (Zip Code) 94118 |
| Name: | ☐ Petitioner  ☐ Beneficiary | ☐ Applicant |
| Address: (Apt. No.) (Number & Street) | (City) | (State) | (Zip Code) |

*Check Applicable Item(s) below:*

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following
State, territory, insular possession, or District of Columbia
 California          Supreme Court         and am not under a court or administrative agency
                         Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with
    the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. (*If you check this item, also check item 1 or 2 whichever is appropriate.*)

☐ 4. Others (Explain Fully.)

| SIGNATURE | COMPLETE ADDRESS 870 Market St, Suite 570 SF CA 94102 |
| NAME (Type or Print) Sheila Quinlan | TELEPHONE NUMBER 415-399-9075 (fax 399-9416) |

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:

(Name of Attorney or Representative)

THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:

| Name of Person Consenting NIGEL CABRAL | Signature of Person Consenting | Date 5/2/2007 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Richard Valeika
Supervisor
Aros Unit
USCIS - SFPO
650 Sansome St
SF CA 94111

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
S. 10 · 87

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECORDS OF HOME
MAY 10

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7006 2760 0003 3687 9648

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

# EXHIBIT Q

OMB No. 1615-0023 (Expires 05-31-2005)

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# I-485, Application to Register
## Permanent Residence or Adjust Status

## START HERE - Please type or print in black ink.

### Part 1.    Information about you.

| Family Name | Given Name | Middle Initial |
|---|---|---|
| CABRAL | Nigel | C. |

| Address- C/O |
|---|
| N/A |

| Street Number and Name | Apt. |
|---|---|
| 520 8th Avenue. | # 6 |

| City |
|---|
| San Francisco |

| State | Zip Code |
|---|---|
| California | 94118 |

| Date of Birth (mm/dd/yyyy) | Country of Birth |
|---|---|
| | INDIA |

| U.S. Social Security # | A # (if any) |
|---|---|
| | N/A |

| Date of Last Arrival (mm/dd/yyyy) 03/23/2003 | I- |
|---|---|

| Current USCIS Status   H-1B | Expires on (mm/dd/yyyy)  05/01/2006 |
|---|---|

### Part 2.    Application type. *(check one)*

I am applying for an adjustment to permanent resident status because:

a. ☒ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice, or a relative, special immigrant juvenile or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☐ my spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiancé(e) of a United States citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiancé(e). (Attach a copy of the fiancé(e) petition approval notice and the marriage certificate).

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the United States after January 1, 1959, and thereafter have been physically present in the United States for at least one year.

f. ☐ I am the husband, wife or minor unmarried child of a Cuban described above in (e) and am residing with that person, and was admitted or paroled into the United States after January 1, 1959, and thereafter have been physically present in the United States for at least one year.

g. ☐ I have continuously resided in the United States since before January 1, 1972.

h. ☐ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the United States as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and: *(Check one)*

i. ☐ I am a native or citizen of Cuba and meet the description in (e) above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f) above.

### FOR USCIS USE ONLY

| Returned | Receipt |
|---|---|
| | |

| Resubmitted |
|---|
| |

| Reloc Sent |
|---|
| |

| Reloc Rec'd |
|---|
| |

| Applicant Interviewed |
|---|
| |

**Section of Law**
☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 2 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other

**Country Chargeable**

**Eligibility Under Sec. 245**
☐ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other

**Preference**

**Action Block**

| To be Completed by |
|---|
| *Attorney or Representative*, if any |

☑ Fill in box if G-28 is attached to represent the applicant.

VOLAG # CA 186747

ATTY State License #

Form I-485 (Rev. 02/07/00)N (Fee change 01/21/05)

## Part 3. Processing Information.

| | |
|---|---|
| A. City/Town/Village of Birth<br>Bombay (Mumbai) INDIA | Current Occupation<br>Management Consulting |
| Your Mother's First Name<br>Ivy | Your Father's First Name<br>Francis |

Give your name exactly how it appears on your Arrival/Departure Record (Form I-94)
CABRAL, NIGEL

| | |
|---|---|
| Place of Last Entry Into the United States (City/State)<br>Los Angeles, CA | In what status did you last enter? (Visitor, student, exchange alien, crewman, temporary worker, without inspection, etc.) |
| Were you inspected by a U.S. Immigration Officer?  ☒ Yes  ☐ No | Visitor B-2/B-1 |
| Nonimmigrant Visa Number<br>20010796210008 | Consulate Where Visa Was Issued<br>London |
| Date Visa Was Issued (mm/dd/yyyy)  03/26/2001    Gender: ☒ Male  ☐ Female | Marital Status:  ☒ Married ☐ Single ☐ Divorced ☐ Widowed |

Have you ever before applied for permanent resident status in the U.S.?   ☒ No   ☐ Yes. If you checked "Yes," give date and place of filing and final disposition.

B. List your present husband/wife, all of your sons and daughters (If you have none, write "none." If additional space is needed, use separate paper).

| Family Name<br>BAYLIS | Given Name<br>Sara | Middle Initial<br>M. | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Country of Birth<br>USA | Relationship<br>Wife | A<br># N/A | Applying with you?<br>☐ Yes  ☒ No |
| Family Name | Given Name | Middle Initial | Date of Birth (mm/dd/yyyy) |
| Country of Birth | Relationship | A<br># | Applying with you?<br>☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (mm/dd/yyyy) |
| Country of Birth | Relationship | A<br># | Applying with you?<br>☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (mm/dd/yyyy) |
| Country of Birth | Relationship | A<br># | Applying with you?<br>☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (mm/dd/yyyy) |
| Country of Birth | Relationship | A<br># | Applying with you?<br>☐ Yes  ☐ No |

C. List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none." Include the name(s) of organization(s), location(s), dates of membership from and to, and the nature of the organization(s). If additional space is needed, use a separate piece of paper.

None

## Part 3. Processing information. *(Continued)*

Please answer the following questions. (If your answer is "Yes" on any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily mean that you are not entitled to adjust status or register for permanent residence.)

1. Have you ever, in or outside the United States:

   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested? ☐ Yes ☒ No

   b. been arrested, cited, charged, indicted, fined or imprisoned for breaking or violating any law or ordinance, excluding traffic violations? ☐ Yes ☒ No

   c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action? ☐ Yes ☒ No

   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the United States? ☐ Yes ☒ No

2. Have you received public assistance in the United States from any source, including the United States government or any state, county, city or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future? ☐ Yes ☒ No

3. Have you ever:

   a. within the past ten years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future? ☐ Yes ☒ No

   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling? ☐ Yes ☒ No

   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the United States illegally? ☐ Yes ☒ No

   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance? ☐ Yes ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to any person or organization that has ever engaged or conspired to engage in sabotage, kidnapping, political assassination, hijacking or any other form of terrorist activity? ☐ Yes ☒ No

5. Do you intend to engage in the United States in:

   a. espionage? ☐ Yes ☒ No

   b. any activity a purpose of which is opposition to, or the control or overthrow of, the government of the United States, by force, violence or other unlawful means? ☐ Yes ☒ No

   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information? ☐ Yes ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party? ☐ Yes ☒ No

7. Did you, during the period from March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national orgin or political opinion? ☐ Yes ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin or political opinion? ☐ Yes ☒ No

9. Have you ever been deported from the United States, or removed from the United States at government expense, excluded within the past year, or are you now in exclusion, deportation, removal or recission proceedings? ☐ Yes ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration and Nationality Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the United States or any immigration benefit? ☐ Yes ☒ No

11. Have you ever left the United States to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and have not yet complied with that requirement or obtained a waiver? ☐ Yes ☒ No

13. Are you now withholding custody of a U.S. citizen child outside the United States from a person granted custody of the child? ☐ Yes ☒ No

14. Do you plan to practice polygamy in the United States? ☐ Yes ☒ No

**Part 4.  Signature.**  *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

**SELECTIVE SERVICE REGISTRATION.  The following applies to you if you are a male at least 18 years old, but not yet 26 years old, who is required to register with the Selective Service System:** I understand that my filing this adjustment of status application with the U.S. Citizenship and Immigration Services authorizes USCIS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act.  Upon USCIS acceptance of my application, I authorize USCIS to transmit to the Selective Service System my name, current address, Social Security Number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date.  If, however, USCIS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26.

**APPLICANT'S CERTIFICATION.**  I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct.  I authorize the release of any information from my records that the U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| N. | NIGEL CABRAL | 2/15/05 | (415) 570 1023 |

**NOTE:**  *If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

**Part 5.  Signature of person preparing form, if other than above.  (sign below)**

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
|  | Gaurang "Gary" Sheth | 2/15/05 | (415)896-5760 |

Firm Name Law Office of Gaurang Sheth
and Address 301 Howard Street, Ste 830
~~San Francisco CA 94105~~

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0066
**BIOGRAPHIC INFORMATION**

| (Family name) | (First name) | (Middle name) | ☑ MALE ☐ FEMALE | (Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|---|---|
| CABRAL | Nigel | Crucifix | | | INDIAN | A-N/A |

| ALL OTHER NAMES USED (Including names by previous marriages) | CITY AND COUNTRY OF BIRTH | SOCIAL ... (If any) |
|---|---|---|
| Ralph Cabral | Bombay (Mumbai) INDIA | |

| | FAMILY NAME | FIRST NAME | DATE CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE. |
|---|---|---|---|---|
| FATHER | CABRAL | Francis | Panaji/Portugal | Verna/India |
| MOTHER (Maiden name) | BARETTO | Ivy | Belgaum/India | Verna/India |

| HUSBAND (if none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | BAYLIS | Sara | | Palo Alto, USA | 02/05/2005 | SanFrancisco |

| FORMER HUSBANDS OR WIVES (if none, so state) FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| None | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 520 8th Avenue #6 | San Fran | California | USA | 11 | 2004 | PRESENT TIME | |
| 988 Union St. # 103 | San Fran | California | USA | 05 | 2004 | 10 | 2004 |
| 1047 Filbert Street | San Fran | California | USA | 10 | 2003 | 04 | 2003 |
| 18 Jensen Street | San Fran | California | USA | 03 | 2003 | 09 | 2003 |
| 77 Pempath Place | Wembley | Middlesex | UK | 09 | 1999 | 07 | 2002 |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 77 Pempath Place | Wembley | Middlessex | UK | 09 | 1999 | 07 | 2002 |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| IP&R  1550 Bryant St., #770, S.F. CA 94103 | Sr.Prod.Mgr. | 07 | 2003 | PRESENT TIME 10 | 2004 |
| D Consulting, London U.K. | Consultant | 08 | 2001 | 01 | 2003 |
| | | | | | |
| | | | | | |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: | SIGNATURE OF APPLICANT | DATE |
|---|---|---|
| ☐ NATURALIZATION  ☑ STATUS AS PERMANENT RESIDENT  ☐ OTHER (SPECIFY): | *N~ C~.* | 2/15/05 |

Submit all four pages of this form.

If your native alphabet is other than roman letters, write your name in your native alphabet here:

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

## APPLICANT:

BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| CABRAL | Nigel | Crucifix | N/A |

(1) Ident.

Form G-325A (Rev. 09/11/00) Y

**Here are your instant color passport pictures.**
They are to be presented with your application form and other documents to the official who will process your passport application. Do not sign the pictures until requested to do so by the processing official.

**Miniature portraits have many other uses. Do you have enough?**
We can make additional instant pictures for you for other requirements and special occasions:

• Visas
• International driver's licenses
• ID cards
• Publicity releases
• Resumés
• Immigration documents
• Gifts

# BAPTISM CERTIFICATE

Extract from the parochial register of the church of
St. Anthony, Vakola, Santacruz (E), Mumbai - 400 055.

Baptism No. 102 ............... of the year 28 ........................

1. Date of Baplism ........................................ (in words) Thirty - Four
2. Date of Birth ........................................ Seventy Two
3. Name .................. CRUCIFIX NIGEL RALPH
4. Surname .................. CABRAL
5. Father's Name .................. Francis Simon
6. Mother's Name .................. In Ivy Barretto
7. Father's Residence .................. Vakola
8. His Profession .................. Electrical Engineer
9. Nationality .................. Indian
10. The Child's Place of Birth .................. Bombay
11. Godfather's Name .................. Ralph
12. His Surname .................. Monteiro
13. His Residence .................. America
14. Godmother's Name .................. Liane
15. Her Surname .................. Almeida
16. Her Residence .................. Tanganic Africa
17. Minister .................. Fr J Machado
18. Confirmation ..................
19. Marriage ..................
20. Remarks ..................

For authenticity
of extract :

Date 26: 2: 2005

(SEAL)

Asst. Parish Priest



## AFFIDAVIT

We, (1) Mr. Francis Simon Cabral, major of age, holder of Indian Passport No. Z109793 and wife (2) Mrs Ivy Ivy Barretto alias Ina Ivy Cabral, major of age, holder of Indian Passport No. B3886780 both Indian Nationals, residents of Verna Sub District of Salcete, State of Goa India state on solemn affirmation as under:

1. That our son Nigel Crusifix Ralph Cabral is the holder of Passport No. A8982826 issued at London England.

2. That our son Nigel Crusifix Ralph Cabral was born to us on 30/04/1972 at Bombay, State of Maharastra in Dr Fonseca's Hospital at Mahim, Bombay.

3. That our son was baptized a Catholic on ............ at St. Anthony's Church at Vakola, St. Crus (east) Bombay, State of Maharastra.

4. That what we have stated above is true and no material fact has been concealed.







2-

Solemnly affirmed at Margao Salcete, State of Goa, India

Sworn Before me by
Mr. Francis Simon Cabral
and Mrs. Ivy Cabral
who's signature is attests
Examined X Costa Fernandes
**RMINA D'COSTA FERNANDES**
NOTARY, MARGAO
STATE OF GOA (INDIA)
Reg. No. 1045
Date 05/05/2005

# IRMINA De COSTA

*ADVOCATE & NOTARY PUBLIC*

*S/4 Chanakya Apartment*

*Model Pequeno, Maryan Salcete, Goa, 10-5503*

*Telephone: Alub. 98 x 214 A. . . s. ax . .  . . . .*

### To Whomsoever it may concern

This is to Certify that Mr. Nigel Crusifix Ralph Cabral son of Mr. Francine Simon Cabral and of Mrs Ina Ivy Barretto alias Ina Ivy Cabral, Holder of Passport No.A.8982826 is personally known to me since his birth.

He was born on 30/04/1972 at Bombay, State of Maharastra India and was later baptized in the St. Anthony's Church at Vakola,M. Cruz (east),Bombay,State of Maharastra,India, on 28 05 1972.

Mr. Nigel Crusifix Ralph Cabral's Certificate of Baptism is a good proof of his Birth and I can vouch for the same.

This Certificate is issued at the request of Mr. Nigel Crusifix Ralph Cabral who is a native of the village of Verna, Sals District of Salcete,State of Goa, India.

Dated: 05/03/2005

Margao Goa India



Warning - A nonimmigrant who accepts unauthorized employment is subject to deportation

Important -Retain this permit in your possession; you must surrender it when you leave the U.S. Failure to do so may delay your entry into the U.S. in the future. You are authorized to stay in the U.S. only until the date written on this form. To remain past this date, without permission from immigration authorities, is a violation of the law.

Surrender this permit when you leave the U.S.:
- By sea or air, to the transportation line;
- Across the Canadian border, to a Canadian Official;
- Across the Mexican border, to a U.S. Official.

Students planning to reenter the U.S. within 30 days to return to the same school, see "Arrival-Departure" on page 2 of Form I-20 prior to surrendering this permit.

Record of Changes

---

Port:

Date:

Carrier:

Flight #/Ship Name:

Departure Record

---



Control Number
20010796210008

Issuing Post Name
LONDON

Surname
CABRAL

Given Name
NIGEL CRUCIFIX RALPH

Passport Number
AB982826

Sex
M

Visa Type /Class
R    B1/B2



Departure Number

305422691 06

U.S. IMMIGRATION
LOS          5786
ADMITTED

Immigration and
Naturalization Service

I-94
Departure Record

MAR 2 3 2003

CLASS
UNTIL   B-2

SEP 22 2003

14 Family Name
G A B R A L

15. First (Given) Name
M I G E L

17 Country of Citizenship
I N D I A

See Other Side

STAPLE HERE



भारत गणराज्य REPUBLIC OF INDIA

| | |
|---|---|
| कोड /Type | पासपोर्ट संख्या/Passport No. |
| | INO ......... A891 |

उपनाम /Surname
CABRAL

दिए गए नाम /Given Names
NIGEL CRUCIFIX RALPH

राष्ट्रीयता /Nationality
INDIAN            M

जन्म स्थान /Place of Birth
BOMBAY (M.S.)

LONDON

जारी करने की तारीख /Date of Issue        समाप्ति की तारीख /Date of Expiry
15-11-2000                14-11-2010(E)

Department of Homeland Security
U.S. Citizenship and Immigration Services

OMB #1615-0012

# I-130, Petition for Alien Relative

| DO NOT WRITE IN THIS BLOCK - FOR USCIS OFFICE ONLY | | |
|---|---|---|
| A# | Action Stamp | Fee Stamp |

**Section of Law/Visa Category**
- [ ] 201(b) Spouse - IR-1/CR-1
- [ ] 201(b) Child - IR-2/CR-2
- [ ] 201(b) Parent - IR-5
- [ ] 203(a)(1) Unm. S or D - F1-1
- [ ] 203(a)(2)(A)Spouse - F2-1
- [ ] 203(a)(2)(A) Child - F2-2
- [ ] 203(a)(2)(B) Unm. S or D - F2-4
- [ ] 203(a)(3) Married S or D - F3-1
- [ ] 203(a)(4) Brother/Sister - F4-1

Petition was filed on: _____ (priority date)
- [ ] Personal Interview       [ ] Previously Forwarded
- [ ] Pet. [ ] Ben. "A" File Reviewed  [ ] I-485 Filed Simultaneously
- [ ] Field Investigation       [ ] 204(g) Resolved
- [ ] 203(a)(2)(A) Resolved      [ ] 203(g) Resolved

**Remarks:**

## A. Relationship    You are the petitioner.  Your relative is the beneficiary.

| 1. I am filing this petition for my: | 2. Are you related by adoption? | 3. Did you gain permanent residence through adoption? |
|---|---|---|
| [X] Husband/Wife  [ ] Parent  [ ] Brother/Sister  [ ] Child | [ ] Yes   [ ] No | [ ] Yes   [ ] No |

## B. Information about you

**1. Name** (Family name in CAPS)  (First)  (Middle)
BAYLIS    Sara    Margarette

**2. Address** (Number and Street)  (Apt.No.)
520 8th Avenue    Apt. # 6

(Town or City)  (State/Country)  (Zip/Postal Code)
San Francisco    CA    94118

**3. Place of Birth** (Town or City)  (State/Country)
Palo Alto    CA/USA

**4. Date of Birth** (mm/dd/yyyy)  **5. Gender**  **6. Marital Status**
[ ] Male
[X] Female
[X] Married  [ ] Single
[ ] Widowed  [ ] Divorced

**7. Other Names Used (including maiden name)**
None

**8. Date and Place of Present Marriage (if married)**
02/04/2005  San Francisco, CA

**9. U.S. Social Security Number** (if any)  **10. Alien Registration Number**
00    N/A

**11. Name(s) of Prior Husband(s)/Wife(s)**  **12. Date(s) Marriage(s) Ended**
None

## C. Information about your relative

**1. Name** (Family name in CAPS)  (First)  (Middle)
CABRAL    Nigel    Crucifix

**2. Address** (Number and Street)  (Apt. No.)
520 8th Avenue    Apt. # 6

(Town or City)  (State/Country)  (Zip/Postal Code)
San Francisco    CA    94118

**3. Place of Birth** (Town or City)  (State/Country)
Bombay (Mumbai)    Maharashtra/India

**4. Date of Birth** (mm/dd/yyyy)  **5. Gender**  **6. Marital Status**
[X] Male
[ ] Female
[X] Married  [ ] Single
[ ] Widowed  [ ] Divorced

**7. Other Names Used (including maiden name)**
Ralph Cabral

**8. Date and Place of Present Marriage (if married)**
02/04/2005  San Francisco, CA

**9. U.S. Social Security Number** (if any)  **10. Alien Registration Number**
N/A

**11. Name(s) of Prior Husband(s)/Wife(s)**  **12. Date(s) Marriage(s) Ended**
None

**13. If you are a U.S. citizen, complete the following:**
My citizenship was acquired through (check one):
- [X] Birth in the U.S.
- [ ] Naturalization. Give certificate number and date and place of issuance.

[ ] Parents. Have you obtained a certificate of citizenship in your own name?
[ ] Yes. Give certificate number, date and place of issuance.  [ ] No

**14a. If you are a lawful permanent resident alien, complete the following:**  Date and place of admission for or adjustment to lawful permanent residence and class of admission.

**14b. Did you gain permanent resident status through marriage to a U.S. citizen or lawful permanent resident?**
[ ] Yes  [ ] No

**13. Has your relative ever been in the U.S.?**  [X] Yes  [ ] No
**14. If your relative is currently in the U.S., complete the following:**
He or she arrived as a: Worker
(visitor, student, stowaway, without inspection, etc.) Visitor/Non-immi

Arrival/Departure Record (I-94)   Date arrived (mm/dd/yyyy)
3|0|5|—|4|2|2|6|9|1|0|6    03/23/2003

Date authorized stay expired, or will expire, as shown on Form I-94 or I-95
05/01/2006

**15. Name and address of present employer (if any)**

Date this employment began (mm/dd/yyyy)

**16. Has your relative ever been under immigration proceedings?**
[X] No  [ ] Yes  Where _____ When _____
[ ] Removal  [ ] Exclusion/Deportation  [ ] Rescission  [ ] Judicial Proceedings

| INITIAL RECEIPT | RESUBMITTED | RELOCATED: Rec'd | Sent | COMPLETED: Appv'd | Denied | Ret'd |
|---|---|---|---|---|---|---|

Form I-130 (Rev. 06/05/02)Y (Fee Change 01/21/05)

## C. Information about your alien relative (continued)

17. List husband/wife and all children of your relative.

| (Name) | (Relationship) | (Date of Birth) | (Country of Birth) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

18. Address in the United States where your relative intends to live.

| (Street Address) | (Town or City) | (State) |
|---|---|---|
| 520 8th Avenue    Apt. # 6 | San Francisco | California |

19. Your relative's address abroad. (Include street, city, province and country)

H#531 Magilwaddo Nagoa Verna

Phone Number (if any)

Salcette  Goa    INDIA    403722                    91-832-2783481

20. If your relative's native alphabet is other than Roman letters, write his or her name and foreign address in the native alphabet.

(Name)    Address (Include street, city, province and country):

21. If filing for your husband/wife, give last address at which you lived together. (Include street, city, province, if any, and country):

| | From: (Month) (Year) | To: (Month) (Year) |
|---|---|---|
| 520 8th Avenue    Apt. #6 | 11/2004 | Present |
| San Francisco, CA 94118 | | |

22. Complete the information below if your relative is in the United States and will apply for adjustment of status.

Your relative is in the United States and will apply for adjustment of status to that of a lawful permanent resident at the USCIS office in:

San Francisco, CA              . If your relative is not eligible for adjustment of status, he or she

    (City)       (State)

will apply for a visa abroad at the American consular post in _____

                                (City)                (Country)

NOTE: Designation of an American embassy or consulate outside the country of your relative's last residence does not guarantee acceptance for processing by that post. Acceptance is at the discretion of the designated embassy or consulate.

## D. Other information

1. If separate petitions are also being submitted for other relatives, give names of each and relationship.

2. Have you ever before filed a petition for this or any other alien? ☐ Yes ☒ No

If "Yes," give name, place and date of filing and result.

WARNING: USCIS investigates claimed relationships and verifies the validity of documents. USCIS seeks criminal prosecutions when family relationships are falsified to obtain visas.

PENALTIES: By law, you may be imprisoned for not more than five years or fined $250,000, or both, for entering into a marriage contract for the purpose of evading any provision of the immigration laws. In addition, you may be fined up to $10,000 and imprisoned for up to five years, or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this petition.

YOUR CERTIFICATION: I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information from my records that the U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit that I am seeking.

## E. Signature of petitioner.

Date 2/15/05          Phone Number (415) 208-7337

## F. Signature of person preparing this form, if other than the petitioner.

I declare that I prepared this document at the request of the person above and that it is based on all information of which I have any knowledge.

Print Name  Gary Sheth          Signature          Date 02/12/05

Address  Law Office of Gary Sheth          G-28 ID or VOLAG Number, if any.    CA186747

301 Howard St. #830 S.F. CA94105

Form I-130 (Rev. 06/05/02)Y (Fee Change 01/21/05) Page 2

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

Appearances - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: I-130 of Sara Baylis for Nigel Cabral | Date: |
| | File No. |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

| Name: Sara M. BAYLIS | ☑ Petitioner | ☐ Applicant |
| | ☐ Beneficiary | |

| Address: (Apt. No.) (Number & Street) | (City) | (State) | (Zip Code) |
| Apt. No. 6    520 8th Avenue | San Francisco | CA | 94118 |

| Name: Nigel C. CABRAL | ☐ Petitioner | ☐ Applicant |
| | ☑ Beneficiary | |

| Address: (Apt. No.) (Number & Street) | (City) | (State) | (Zip Code) |
| Apt. No. 6    520 8th Avenue | San Francisco | CA | 94118 |

*Check Applicable Item(s) below:*

☑ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
California        Supreme Court        and am not under a court or administrative agency
*Name of Court*
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☐ 4. Others (Explain Fully.)

| SIGNATURE | COMPLETE ADDRESS |
| | Law Office of Gaurang Sheth |
| | 301 Howard St., #830 S.F. CA 94105 |

| NAME (Type or Print) | TELEPHONE NUMBER |
| Gaurang "Gary" Sheth | (415) 896-5760 |

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:
Gaurang "Gary" Sheth and Reshma Shah

(Name of Attorney or Representative)

THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:

I-130 Sara Baylis' Petition for Alien Relative on behalf of Nigel Cabral, I-485 Adjustment of Status of Nigel Cabral, and other supporting forms.

| Name of Person Consenting | Signature of Person Consenting | Date: |
| Sara Baylis | | 2/15/05 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et SEQ.

Form G-28 (09/26/00)Y

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0066
**BIOGRAPHIC INFORMATION**

| (Family name) | (First name) | (Middle name) | ☐ MALE  ☑ FEMALE | BIRTHDATE -Yr.) | NATIONALITY USA | FILE NUMBER A- N1/2 |
|---|---|---|---|---|---|---|
| BAYLIS | Sara | Margarett | | | | |

| ALL OTHER NAMES USED (Including names by previous marriages) | CITY AND COUNTRY OF BIRTH | SOC (if an |
|---|---|---|
| None | Palo Alto, USA | ☐ |

| | FAMILY NAME | FIRST NAME | | AND COUNTRY OF BIRTH (if known) | CITY AND COUNTRY OF RESIDENCE. |
|---|---|---|---|---|---|
| FATHER | BAYLIS | Joseph | | 3 Michigan/USA | USA |
| MOTHER (Maiden name) | SULLIVAN | Shirley | | 6 Champaign/USA | USA |

| HUSBAND (if none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | CABRAL | Nigel | | Bombay, India | 02/05/2005 | SanFrancisco |

| FORMER HUSBANDS OR WIVES (if none, so state) FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| None | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| 520 8th Avenue #6 | San Fran | California | USA | 07 | 2003 | PRESENT TIME | |
| 1973 McAllister St. | San Fran | California | USA | 01 | 2002 | 06 | 2003 |
| 2420 Virginia St. # 306 | San Fran | California | USA | 01 | 2000 | 01 | 2002 |
| | | | | | | | |
| | | | | | | | |

| APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR | | | | FROM | | TO | |
|---|---|---|---|---|---|---|---|
| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | MONTH | YEAR | MONTH | YEAR |
| | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|
| Faith West, 500 Third St, # 460, S.F. California | Licensing Mgr | 12 | 2003 | PRESENT TIME | |
| Wideray 25 Maiden Ln, 6th Flr., S.F. California | Proj. Manager | 04 | 2002 | 12 | 2003 |
| U.C. Berkeley, Berkeley California | Student | 09 | 1999 | 06 | 2001 |
| | | | | | |
| | | | | | |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| none | | | | | | | |
|---|---|---|---|---|---|---|---|

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: ☐ NATURALIZATION  ☑ STATUS AS PERMANENT RESIDENT  ☐ OTHER (SPECIFY): | SIGNATURE OF APPLICANT | DATE 2/15/05 |
|---|---|---|

If your native alphabet is other than roman letters, write your name in your native alphabet here:

Submit all four pages of this form.

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

**APPLICANT:** BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| BAYLIS | Sara | Margarette | N/A |

(1) Ident.

Form G-325A (Rev. 09/11/00) Y



# CITY and COUNTY of SAN FRANCISCO

## LICENSE AND CERTIFICATE OF MARRIAGE

4200538000422

MUST BE LEGIBLE - MAKE NO ERASURES, WHITEOUTS OR OTHER

STATE FILE NUMBER | LOCAL REGISTRATION NUMBER

### GROOM PERSONAL DATA

| 1A. NAME OF GROOM - FIRST (GIVEN) | 1B. MIDDLE | 1C. LAST (FAMILY) | 2. |
|---|---|---|---|
| NIGEL | CRUCIFIX | CABRAL | |

| 3A. RESIDENCE - STREET AND NUMBER | 3B. CITY | 3C. CURRENT ZIP CODE | 3D. COUNTY - OUTSIDE ENTER STATE | ...TH |
|---|---|---|---|---|
| 988 UNION ST., #103 | SAN FRANCISCO | 94133 | SAN FRANCISCO | INDIA |

| 6. MAILING ADDRESS - IF DIFFERENT | 8. NUMBER OF PREVIOUS MARRIAGES | 7A. LAST MARRIAGE ENDED BY: | 7B. DATE - MONTH, DAY, YEAR |
|---|---|---|---|
| 520 8TH AVE., #6 SAN FRANCISCO CA 94118 | 0 | ☐ DEATH ☐ DISSOLUTION ☐ ANNULMENT | |

| 8A. USUAL OCCUPATION | 8B. USUAL KIND OF BUSINESS OR INDUSTRY | 9. EDUCATION - YEARS COMPLETED |
|---|---|---|
| MANAGEMENT CONSULTANT | MEDICAL DEVICES | 18 |

| 10A. FULL NAME OF FATHER | 10B. STATE OF BIRTH | 11A. FULL N | 11B. STATE OF BIRTH |
|---|---|---|---|
| FRANCIS SIMON CABRAL | INDIA | IVY | INDIA |

### BRIDE PERSONAL DATA

| 12A. NAME OF BRIDE - FIRST (GIVEN) | 12D. MIDDLE | 12C. CURRENT LAST (FAMILY) | (IF DIFFERENT THAN 12C) |
|---|---|---|---|
| SARA | MARGARETTE | BAYLIS | |

| 14A. RESIDENCE - STREET AND NUMBER | 14B. CITY | 14C. ZIP CODE | 14D. COUNTY - OUTSIDE CALIFORNIA ENTER STATE | 15. STATE OF BIRTH |
|---|---|---|---|---|
| 520 8TH AVE., #6 | SAN FRANCISCO | 94118 | SAN FRANCISCO | CALIFORNIA |

| 16. MAILING ADDRESS - IF DIFFERENT | 17. NUMBER OF PREVIOUS MARRIAGES | 18A. LAST MARRIAGE ENDED BY: | 18B. DATE - MONTH, DAY, YEAR |
|---|---|---|---|
| - | 0 | ☐ DEATH ☐ DISSOLUTION ☒ ANNULMENT | - |

| 19A. USUAL OCCUPATION | 19B. USUAL KIND OF BUSINESS OR INDUSTRY | 20. EDUCATION - YEARS COMPLETED |
|---|---|---|
| LICENSING MANAGER | TECHNOLOGY | 18 |

| 21A. FULL NAME OF FATHER | 21B. STATE OF BIRTH | 22A. FULL NA | 22B. STATE OF BIRTH |
|---|---|---|---|
| JOSEPH S. BAYLIS | MICHIGAN | SHIRLI | ILLINOIS |

### AFFIDAVIT

WE, THE UNDERSIGNED, AN UNMARRIED MAN AND UNMARRIED WOMAN, STATE THAT THE FOREGOING INFORMATION IS CORRECT AND TRUE TO THE BEST OF OUR KNOWLEDGE AND BELIEF, THAT NO LEGAL OBJECTION TO THE MARRIAGE NOR TO THE ISSUANCE OF A LICENSE IS KNOWN TO US, AND HEREBY APPLY FOR A LICENSE AND A CERTIFICATE OF MARRIAGE.

| 23. SIGNATURE OF GROOM ► | 24. SIGNATURE OF BRIDE ► |
|---|---|

### LICENSE TO MARRY

AUTHORIZATION AND LICENSE IS HEREBY GIVEN TO ANY PERSON DULY AUTHORIZED BY THE LAWS OF THE STATE OF CALIFORNIA TO PERFORM A MARRIAGE CEREMONY WITHIN THE STATE OF CALIFORNIA TO SOLEMNIZE THE MARRIAGE OF THE ABOVE NAMED PERSONS. REQUIRED CONSENTS FOR THE ISSUANCE OF THIS LICENSE ARE ON FILE.

| 25A. ISSUE DATE MONTH, DAY, YEAR | 25B. LICENSE EXPIRES AFTER, MONTH, DAY, YEAR | 25C. LICENSE NUMBER | 25D. COUNTY OF ISSUE |
|---|---|---|---|
| 02/04/2005 | 05/05/2005 | 05-0000452-00 | San Francisco |
| | | 25E. NAME OF COUNTY CLERK Darryl M Burton | 25F. SIGNATURE OF DEPUTY COUNTY CLERK (IF APPLICABLE) BY ► JENNIFER VENEGAS |

### WITNESS(ES) (ONE REQUIRED)

| 26A. SIGNATURE OF WITNESS ► | 26B. ADDRESS - STREET AND NUMBER 207 King St #702 | 26C. CITY, STATE AND ZIP CODE SF CA 94107 |
|---|---|---|
| 27A. SIGNATURE OF WITNESS ► | 27B. ADDRESS - STREET AND NUMBER 1051 PAGE St A#4 | 27C. CITY, STATE AND ZIP CODE SF CA 94117 |

### CERTIFICATION OF PERSON SOLEMNIZING MARRIAGE

28. I HEREBY CERTIFY THAT THE ABOVE-NAMED BRIDE AND GROOM WERE JOINED IN MARRIAGE IN ACCORDANCE WITH THE LAWS OF THE STATE OF CALIFORNIA

| 28A. SIGNATURE OF PERSON SOLEMNIZING MARRIAGE ► | 28B. RELIGIOUS DENOMINATION (IF CLERGY) |
|---|---|

| ON 02/ MONTH 04/ DAY 2005 YEAR | 28C. NAME OF PERSON SOLEMNIZING MARRIAGE (TYPE OR PRINT) MARY M. MULLEN | 28D. OFFICIAL TITLE Dep. Mar. Com |
|---|---|---|

| AT San Francisco CITY OR TOWN San Francisco COUNTY CALIFORNIA | 28E. MAILING ADDRESS CITY HALL, #168 SF CA | 28F. ZIP CODE 94102 |
|---|---|---|

### LOCAL REGISTRAR OF MARRIAGES (County Recorder)

| 30A. SIGNATURE OF LOCAL REGISTRAR ► | 30B. SIGNATURE OF DEPUTY (IF APPLICABLE) BY ► DEPUTY | 31. DATE ACCEPTED FOR REGISTRATION FEB 0 8 2005 |
|---|---|---|

State of California, Department of Health Services, Office of State Registrar

VS-117D (1-P)

---

## CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA } SS
COUNTY OF SAN FRANCISCO

This is a true and exact reproduction of the document officially registered and placed on file in the office of the SAN FRANCISCO ASSESSOR-RECORDER.

ATTEST: *Jocelyn Gordon*

DATE ISSUED: FEB 1 1 2005    **Jocelyn Gordon**

This copy not valid unless prepared on engraved border displaying date, seal and signature of Deputy Assessor-Recorder.

*000143037*



MABEL S. TENO
SAN FRANCISCO ASSESSOR-RECORDER

OMB No. 1115-0214

U.S. Department of Justice
Immigration and Naturalization Service

# Affidavit of Support Under Section 213A of the Act

## START HERE – Please Type or Print

### Part 1.   Information on Sponsor   (You)

| | | |
|---|---|---|
| Last Name **BAYLIS** | First Name **Sara** | Middle Name **Margarette** |

Mailing Address *(Street Number and Name)*
**520 8th Avenue**

Apt/Suite Number
**Apt. 6**

City **San Francisco**

State or Province **California**

Country **USA**

ZIP/Postal Code **94118**

Telephone Number **(415) 203-7337**

Place of Residence if different from above *(Street Number and Name)*
**Same as above**

Apt/Suite Number

City

State or Province

Country

ZIP/Postal Code

Telephone Number

*City, State, Country)*
**, CA/USA**

Number *(If any)* **N/A**

Are you a U.S. Citizen?
[X] Yes  [ ] No

Social S

**FOR AGENCY USE ONLY**

This Affidavit        Receipt
[ ] Meets

[ ] Does not
meet

Requirements of
Section 213A

### Part 2.   Basis for Filing Affidavit of Support

I am filing this affidavit of support because *(check one)*:

a. [X]  I filed/am filing the alien relative petition.

b. [ ]  I filed/am filing an alien worker petition on behalf of the intending
immigrant, who is related to me as my _____ *(relationship)*

c. [ ]  I have ownership interest of at least 5% _____ *(name of entity which filed visa petition)*
which filed an alien worker petition on behalf of the intending
immigrant, who is related to me as my _____ *(relationship)*

d. [ ]  I am a joint sponsor willing to accept the legal obligations with any other sponsor(s).

Officer or I.J.
Signature

Location

Date

### Part 3.   Information on the Immigrant(s) You Are Sponsoring

| | | |
|---|---|---|
| Last Name **CABRAL** | First Name **Nigel** | Middle Name **Crucifix** |

Sex  [X] Male  [ ] Female

Country of Citizenship **India**

A-Number *(If any)* **N/A**

Current Address   *(Street Number and Name)*
**520 8th Avenue**

Apt/Suite Number
**Apt. 6**

City
**San Francisco**

State/Province **California**

Country **USA**

ZIP/Postal Code **94118**

Telephone Number **(415)203-7337**

List any spouse and/or children immigrating with the immigrant named above in this Part:   *(Use additional sheet of paper if necessary.)*

| Name | Relationship to Sponsored Immigrant | | | Date of Birth | | | A-Number *(If any)* | Social Security *(If any)* |
|---|---|---|---|---|---|---|---|---|
| | Spouse | Son | Daughter | Mo. | Day | Yr. | | |
| `None` | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Form I-864 (Rev. 11/05/01)Y

## Part 4.    Eligibility to Sponsor

To be a sponsor you must be a U.S. citizen or national or a lawful permanent resident. If you are not the petitioning relative, you must provide proof of status. To prove status, U.S. citizens or nationals must attach a copy of a document proving status, such as a U.S. passport, birth certificate, or certificate of naturalization, and lawful permanent residents must attach a copy of both sides of their Permanent Resident Card (Form I-551).

The determination of your eligibility to sponsor an immigrant will be based on an evaluation of your demonstrated ability to maintain an annual income at or above 125 percent of the Federal poverty line (100 percent if you are a petitioner sponsoring your spouse or child and you are on active duty in the U.S. Armed Forces). The assessment of your ability to maintain an adequate income will include your current employment, household size, and household income as shown on the Federal income tax returns for the 3 most recent tax years. Assets that are readily converted to cash and that can be made available for the support of sponsored immigrants if necessary, including any such assets of the immigrant(s) you are sponsoring, may also be considered.

The greatest weight in determining eligibility will be placed on current employment and household income. If a petitioner is unable to demonstrate ability to meet the stated income and asset requirements, a joint sponsor who *can* meet the income and asset requirements is needed. Failure to provide adequate evidence of income and/or assets or an affidavit of support completed by a joint sponsor will result in denial of the immigrant's application for an immigrant visa or adjustment to permanent resident status.

## A. Sponsor's Employment
*(Provide evidence of employment)*

I am:   1.   ☒ Employed by   Faith West _____
         Annu                        · wage $ _____ *(for* _____ *hours per week)*
                                                                    *(Name of business)*
        2.   ☐ Self empl.... _____
             Nature of employment or business _____
        3.   ☐ Unemployed or retired since _____

## B. Sponsor's Household Size

| | Number |
|---|---|
| 1. Number of persons (related to you by birth, marriage, or adoption) living in your residence, including yourself *(Do NOT include persons being sponsored in this affidavit.)* | 1 |
| 2. Number of immigrants being sponsored in this affidavit *(Include all persons in Part 3.)* | 1 |
| 3. Number of immigrants NOT living in your household whom you are obligated to support under a previously signed Form I-864. | 0 |
| 4. Number of persons who are otherwise dependent on you, as claimed in your tax return for the most recent tax year. | 0 |
| 5. Total household size. *(Add lines 1 through 4.)* Total | 2 |

List persons below who are included in lines 1 or 3 for whom you previously have submitted INS Form I-864, *if your support obligation has not terminated.*

*(If additional space is needed, use additional paper)*

| Name | A-Number | Date Affidavit of Support Signed | Relationship |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Part 4.    Eligibility to Sponsor**    *(Continued)*

## C. Sponsor's Annual Household Income

Enter total unadjusted income from your Federal income tax return for the most recent tax year below. If you last filed a joint income tax return but are using only your *own* income to qualify, list total earnings from your W-2 Forms, or, *if* necessary to reach the required income for your household size, include income from other sources listed on your tax return. If your *individual* income does not meet the income requirement for your household size, you may also list total income for anyone related to you by birth, marriage, or adoption currently living with you in your residence if they have lived in your residence for the previous 6 months, or any person shown as a dependent on your Federal income tax return for the most recent tax year, even if not living in the household. For their income to be considered, household members or dependents must be willing to make their income available for support of the sponsored immigrant(s) and to complete and sign Form I-864A, Contract Between Sponsor and Household Member. A sponsored immigrant/household member only need complete Form I-864A if his or her income will be used to determine your ability to support a spouse and/or children immigrating with him or her.

*You must attach evidence of current employment and copies of income tax returns as filed with the IRS for the most recent 3 tax years for yourself and all persons whose income is listed below. See "Required Evidence " in Instructions. Income from all 3 years will be considered in determining your ability to support the immigrant(s) you are sponsoring.*

☒ I filed a single/separate tax return for the most recent tax year.

☐ I filed a joint return for the most recent tax year which includes only my own income.

☐ I filed a joint return for the most recent tax year which includes income for my spouse and myself.

    ☐ I am submitting documentation of my individual income (Forms W-2 and 1099).

    ☐ I am qualifying using my spouse's income; my spouse is submitting a Form I-864A.

**Indicate most recent tax year**                                                2003

Sponsor's individual income

or

Sponsor and spouse's combined income                                   $ _____
*(If spouse's income is to be considered, spouse must submit Form I-864A.)*

Income of other qualifying persons.
*(List names; include spouse if applicable.*
*Each person must complete Form I-864A.)*

_____                               $ _____

_____                               $ _____

_____                               ¢ _____

### Total Household Income

Explain on separate sheet of paper if you or any of the above listed individuals were no ~~... ~~ ~~federal income tax~~ returns for the most recent 3 years, or if other explanation of income, employment, or evidence is necessary.

## D. Determination of Eligibility Based on Income

1. ☒ I am subject to the 125 percent of poverty line requirement for sponsors.
   ☐ I am subject to the 100 percent of poverty line requirement for sponsors on active duty in the U.S. Armed Forces sponsoring their spouse or child.
2. Sponsor's total household size, from Part 4.B., line 5     2
3. Minimum income requirement from the Poverty Guidelines chart for the year of   2004    is $ 15,612.
   for this household size.                                                                                    *(year)*

If you are currently employed and your household income for your household size is equal to or greater than the applicable poverty line requirement (from line D.3.), you do not need to list assets (Parts 4.E. and 5) or have a joint sponsor (Part 6) unless you are requested to do so by a Consular or Immigration Officer. You may skip to Part 7, Use of the Affidavit of Support to Overcome Public Charge Ground of Admissibility. Otherwise, you should continue with Part 4.E.

## Part 4.    Eligibility to Sponsor    *(Continued)*

### E. Sponsor's Assets and Liabilities

Your assets and those of your qualifying household members and dependents may be used to demonstrate ability to maintain an income at or above 125 percent (or 100 percent, if applicable) of the poverty line *if* they are available for the support of the sponsored immigrant(s) and can readily be converted into cash within 1 year. The household member, other than the immigrant(s) you are sponsoring, must complete and sign Form I-864A, Contract Between Sponsor and Household Member. List the cash value of each asset *after* any debts or liens are subtracted. Supporting evidence must be attached to establish location, ownership, date of acquisition, and value of each asset listed, including any liens and liabilities related to each asset listed. See "Evidence of Assets" in Instructions.

| Type of Asset | Cash Value of Assets *(Subtract any debts)* |
|---|---|
| Savings deposits | $ |
| Stocks, bonds, certificates of deposit | $ |
| Life insurance cash value | $ |
| Real estate | $ |
| Other *(specify)* | $ |
| **Total Cash Value of Assets** | $ |

## Part 5.    Immigrant's Assets and Offsetting Liabilities

The sponsored immigrant's assets may also be used in support of your ability to maintain income at or above 125 percent of the poverty line *if* the assets are or will be available in the United States for the support of the sponsored immigrant(s) and can readily be converted into cash within 1 year.

The sponsored immigrant should provide information on his or her assets in a format similar to part 4.E. above. Supporting evidence must be attached to establish location, ownership, and value of each asset listed, including any liens and liabilities for each asset listed. See "Evidence of Assets" in Instructions.

## Part 6.    Joint Sponsors

If household income and assets do not meet the appropriate poverty line for your household size, a joint sponsor is required. There may be more than one joint sponsor, but each joint sponsor must individually meet the 125 percent of poverty line requirement based on his or her household income and/or assets, including any assets of the sponsored immigrant. By submitting a separate Affidavit of Support under Section 213A of the Act (Form I-864), a joint sponsor accepts joint responsibility with the petitioner for the sponsored immigrant(s) until they become U.S. citizens, can be credited with 40 quarters of work, leave the United States permanently, or die.

## Part 7.    Use of the Affidavit of Support to Overcome Public Charge Ground of Inadmissibility

Section 212(a)(4)(C) of the Immigration and Nationality Act provides that an alien seeking permanent residence as an immediate relative (including an orphan), as a family-sponsored immigrant, or as an alien who will accompany or follow to join another alien is considered to be likely to become a public charge and is inadmissible to the United States unless a sponsor submits a legally enforceable affidavit of support on behalf of the alien. Section 212(a)(4)(D) imposes the same requirement on an employment-based immigrant, and those aliens who accompany or follow to join the employment- based immigrant, if the employment-based immigrant will be employed by a relative, or by a firm in which a relative owns a significant interest. Separate affidavits of support are required for family members at the time they immigrate if they are not included on this affidavit of support or do not apply for an immigrant visa or adjustment of status within 6 months of the date this affidavit of support is originally signed. The sponsor must provide the sponsored immigrant(s) whatever support is necessary to maintain them at an income that is at least 125 percent of the Federal poverty guidelines.

*I submit this affidavit of support in consideration of the sponsored immigrant(s) not being found inadmissible to the United States under section 212(a)(4)(C) (or 212(a)(4)(D) for an employment-based immigrant) and to enable the sponsored immigrant(s) to overcome this ground of inadmissibility. I agree to provide the sponsored immigrant(s) whatever support is necessary to maintain the sponsored immigrant(s) at an income that is at least 125 percent of the Federal poverty guidelines. I understand that my obligation will continue until my death or the sponsored immigrant(s) have become U.S. citizens, can be credited with 40 quarters of work, depart the United States permanently, or die.*

## Part 7.    Use of the Affidavit of Support to Overcome Public Charge Grounds    *(Continued)*

### Notice of Change of Address.

Sponsors are required to provide written notice of any change of address within 30 days of the change in address until the sponsored immigrant(s) have become U.S. citizens, can be credited with 40 quarters of work, depart the United States permanently, or die. To comply with this requirement, the sponsor must complete INS Form I-865. Failure to give this notice may subject the sponsor to the civil penalty established under section 213A(d)(2) which ranges from \$250 to \$2,000, unless the failure to report occurred with the knowledge that the sponsored immigrant(s) had received means-tested public benefits, in which case the penalty ranges from \$2,000 to \$5,000.

*If my address changes for any reason before my obligations under this affidavit of support terminate, I will complete and file INS Form I-865, Sponsor's Notice of Change of Address, within 30 days of the change of address. I understand that failure to give this notice may subject me to civil penalties.*

### Means-tested Public Benefit Prohibitions and Exceptions.

Under section 403(a) of Public Law 104-193 (Welfare Reform Act), aliens lawfully admitted for permanent residence in the United States, with certain exceptions, are ineligible for most Federally-funded means-tested public benefits during their first 5 years in the United States. This provision does not apply to public benefits specified in section 403(c) of the Welfare Reform Act or to State public benefits, including emergency Medicaid; short-term, non-cash emergency relief; services provided under the National School Lunch and Child Nutrition Acts; immunizations and testing and treatment for communicable diseases; student assistance under the Higher Education Act and the Public Health Service Act; certain forms of foster-care or adoption assistance under the Social Security Act; Head Start programs; means-tested programs under the Elementary and Secondary Education Act; and Job Training Partnership Act programs.

### Consideration of Sponsor's Income in Determining Eligibility for Benefits.

If a permanent resident alien is no longer statutorily barred from a Federally-funded means-tested public benefit program and applies for such a benefit, the income and resources of the sponsor and the sponsor's spouse will be considered (or deemed) to be the income and resources of the sponsored immigrant in determining the immigrant's eligibility for Federal means-tested public benefits. Any State or local government may also choose to consider (or deem) the income and resources of the sponsor and the sponsor's spouse to be the income and resources of the immigrant for the purposes of determining eligibility for their means-tested public benefits. The attribution of the income and resources of the sponsor and the sponsor's spouse to the immigrant will continue until the immigrant becomes a U.S. citizen or has worked or can be credited with 40 qualifying quarters of work, provided that the immigrant or the worker crediting the quarters to the immigrant has not received any Federal means-tested public benefit during any creditable quarter for any period after December 31, 1996.

*I understand that, under section 213A of the Immigration and Nationality Act (the Act), as amended, this affidavit of support constitutes a contract between me and the U.S. Government. This contract is designed to protect the United States Government, and State and local government agencies or private entities that provide means-tested public benefits, from having to pay benefits to or on behalf of the sponsored immigrant(s), for as long as I am obligated to support them under this affidavit of support. I understand that the sponsored immigrants, or any Federal, State, local, or private entity that pays any means-tested benefit to or on behalf of the sponsored immigrant(s), are entitled to sue me if I fail to meet my obligations under this affidavit of support, as defined by section 213A and INS regulations.*

### Civil Action to Enforce.

If the immigrant on whose behalf this affidavit of support is executed receives any Federal, State, or local means-tested public benefit before this obligation terminates, the Federal, State, or local agency or private entity may request reimbursement from the sponsor who signed this affidavit. If the sponsor fails to honor the request for reimbursement, the agency may sue the sponsor in any U.S. District Court or any State court with jurisdiction of civil actions for breach of contract. INS will provide names, addresses, and Social Security account numbers of sponsors to benefit-providing agencies for this purpose. Sponsors may also be liable for paying the costs of collection, including legal fees.

**Part 7.    Use of the Affidavit of Support to Overcome Public Charge Grounds** *(Continued)*

*I acknowledge that section 213A(a)(1)(B) of the Act grants the sponsored immigrant(s) and any Federal, State, local, or private agency that pays any means-tested public benefit to or on behalf of the sponsored immigrant(s) standing to sue me for failing to meet my obligations under this affidavit of support. I agree to submit to the personal jurisdiction of any court of the United States or of any State, territory, or possession of the United States if the court has subject matter jurisdiction of a civil lawsuit to enforce this affidavit of support. I agree that no lawsuit to enforce this affidavit of support shall be barred by any statute of limitations that might otherwise apply, so long as the plaintiff initiates the civil lawsuit no later than ten (10) years after the date on which a sponsored immigrant last received any means-tested public benefits.*

## Collection of Judgment.

*I acknowledge that a plaintiff may seek specific performance of my support obligation. Furthermore, any money judgment against me based on this affidavit of support may be collected through the use of a judgment lien under 28 U.S.C 3201, a writ of execution under 28 U.S.C 3203, a judicial installment payment order under 28 U.S.C 3204, garnishment under 28 U.S.C 3205, or through the use of any corresponding remedy under State law. I may also be held liable for costs of collection, including attorney fees.*

## Concluding Provisions.

I, ___Sara M. Baylis_____, *certify under penalty of perjury under the laws of the United States that:*

(a) *I know the contents of this affidavit of support signed by me;*

(b) *All the statements in this affidavit of support are true and correct.*

(c) *I make this affidavit of support for the consideration stated in Part 7, freely, and without any mental reservation or purpose of evasion;*

(d) *Income tax returns submitted in support of this affidavit of support are true copies of the returns filed with the Internal Revenue Service; and*

(e) *Any other evidence submitted is true and correct.*

_____    ___2/15/05___
*(Sponsor's Signature)*    *(Date)*

Subscribed and sworn to (or affirmed) before me this

___15___ day of ___February___, ___200 5___
      *(Month)*          *(Year)*

at ___301 Howard St, Ste 830 SanFrancisco, CA 94105___

My commission expires on ___October 1, 200 5___.

_____
*(Signature of Notary Public or Officer Administering Oath)*

___Notary Public___
      *(Title)*

GAIL N. DAVISON
Commission # 1323159
Notary Public - California
San Francisco County
My Comm. Expires Oct 1, 2005

**Part 8.    If someone other than the sponsor prepared this affidavit of support, that person must complete the following:**

I certify under penalty of perjury under the laws of the United States that I prepared this affidavit of support at the sponsor's request, and that this affidavit of support is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Telephone Number |
|---|---|---|---|
|  |  |  |  |

Firm Name and Address

U.S. Department of Homeland Security
Bureau of Citizenship and Immigration Services

OMB# 1615-0075
Poverty Guidelines

# 2004 Poverty Guidelines*
## Minimum Income Requirement For Use in Completing Form I-864

### For the 48 Contiguous States, the District of Columbia, Puerto Rico, the U.S. Virgin Islands, and Guam:

| Sponsor's Household Size | 100% of Poverty Line For sponsors on active duty in the U.S. Armed Forces who are petitioning for their spouse or child. | 125% of Poverty Line For all other sponsors |
|---|---|---|
| 2 | $12,490 | $15,612 |
| 3 | 15,670 | 19,587 |
| 4 | 18,850 | 23,562 |
| 5 | 22,030 | 27,537 |
| 6 | 25,210 | 31,512 |
| 7 | 28,390 | 35,487 |
| 8 | 31,570 | 39,462 |
| | Add $3,180 for each additional person. | Add $3,975 for each additional person. |

| Sponsor's Household Size | For Alaska 100% of Poverty Line For sponsors on active duty in the U.S. Armed Forces who are petitioning for their spouse or child | 125% of Poverty Line For all other sponsors | For Hawaii 100% of Poverty Line For sponsors on active duty in the U.S. Armed Forces who are petitioning for their spouse or child | 125% of Poverty Line For all other sponsors |
|---|---|---|---|---|
| 2 | $15,610 | $19,512 | $14,360 | $17,950 |
| 3 | 19,590 | 24,487 | 18,020 | 22,525 |
| 4 | 23,570 | 29,462 | 21,680 | 27,100 |
| 5 | 27,550 | 34,437 | 25,340 | 31,675 |
| 6 | 31,530 | 39,412 | 29,000 | 36,250 |
| 7 | 35,510 | 44,387 | 32,660 | 40,825 |
| 8 | 39,490 | 49,362 | 36,320 | 45,400 |
| | Add $3,980 for each additional person. | Add $4,975 for each additional person. | Add $3,660 for each additional person. | Add $4,575 for each additional person. |

## Means-tested Public Benefits

**Federal Means-tested Public Benefits.** To date, Federal agencies administering benefit programs have determined that Federal means-tested public benefits include Food Stamps, Medicaid, Supplemental Security Income (SSI), Temporary Assistance for Needy Families (TANF), and the State Child Health Insurance Program (SCHIP).

**State Means-tested Public Benefits.** Each State will determine which, if any, of its public benefits are means-tested. If a State determines that it has programs which meet this definition, it is encouraged to provide notice to the public on which programs are included. Check with the State public assistance office to determine which, if any, State assistance programs have been determined to be State means-tested public benefits.

**Programs Not Included:** The following Federal and State programs are *not* included as means-tested benefits: emergency Medicaid; short-term, non-cash emergency relief; services provided under the National School Lunch and Child Nutrition Acts; immunizations and testing and treatment for communicable diseases; student assistance under the Higher Education Act and the Public Health Service Act; certain forms of foster-care or adoption assistance under the Social Security Act; Head Start Programs; means-tested programs under the Elementary and Secondary Education Act; and Job Training Partnership Act programs.

\* These poverty guidelines remain in effect for use with the Form I-864 Affidavit of Support from April 1, 2004 until new poverty guidelines go into effect in the Spring of 2005.

EMPLOYEE W-2 WAGE SUMMARY 2004

0006-FG33          000100

FAITH WEST INC
% MASAYO NAKANISHI
500 THIRD STREET SUITE 410
SAN FRANCISCO CA 94107

SARA M DAVIS
520 6TH AVE #6
SAN FRANCISCO CA 94118

REGULAR WAGES FOR 2004          76608.68.

FEDERAL WITHHOLDING EXEMPTIONS          S 2
CA WITHHOLDING EXEMPTIONS               S 2

VOLUNTARY ADJUSTMENTS   YTD AMOUNT   FEDERAL WAGES   CA WAGES
S12MEMBERSHIP                525          N/A            N/A
VACATION

The chart below indicates your 2004 voluntary payroll adjustments
which are included (+), excluded (-), or did not affect (N/A) your federal
wages (Box 1) and state wages.

PAYROLL BY **PAYCHEX**®

---

## Form W-2 Wage and Tax Statement 2004

Copy C. for employees records

Department of the Treasury - Internal Revenue Service
OMB No. 114

This information is being furnished to the Internal Revenue Service

---

## Form W-2 Wage and Tax Statement 2004

Copy B, to be filed with employees FEDERAL tax return

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008