SHEILA QUINLAN, ATTORNEY AT LAW
State Bar No. 180611
870 Market Street, Suite 570
San Francisco, California 94102
Tel: (415) 399-9075
Fax: (415) 399-9416
Email: sequinlan@earthlink.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIGEL CABRAL<br>A#: 098 265 277<br><br>Plaintiff,<br>v.<br><br>Michael Chertoff, Secretary of the U.S. Citizenship and Immigration Services<br><br>Rosemary Melville, District Director U.S. Citizenship and Immigration Services, San Francisco District Office<br><br>Emilio T. Gonzalez, Director, U.S. Citizenship and Immigration Services<br><br>Robert Mueller, Director, Federal Bureau of Investigation<br><br>Defendants. | CASE NO.<br><br>C 07 2906 SC<br><br>PROOF OF SERVICE |

E-filing

Proof of Service

I, the undersigned, declare that I am over the age of eighteen years and not a party to this action. My address is 870 Market Street, Suite 570, San Francisco, California 94102

I served the following documents regarding WRIT of Mandamus / Nigel CABRAL

1) Summons in a Civil Case
2) Civil Cover Sheet
3) Plaintiff's Original Complaint for Writ in the Nature of Mandamus
4) Order Setting Initial Case Management Conference and ADR Deadlines
5) Electronic Case Filing Registration Information Handout; et al

by placing said documents in an envelope, which was sealed, with U.S. postage fully

U.S Attorney's Office (By Certified Mail)
450 Goldengate Avenue, Box 36055
San Francisco, California 94102
Attn: Civil Process Clerk

Michael Chertoff, (By Certified Mail)
Secretary of the Department of Homeland Security
Office of the General Counsel
U.S Department of Homeland Security
Washington, D.C. 20528

Rosemary Melville, District Director (By Certified Mail)
San Francisco District Office
630 Sansome Street
San Francisco, California, 94111

Emilio T. Gonzalez, Director of U.S.C.I.S.
Office of the General Counsel
U.S Department of Homeland Security
Washington, D.C. 20528

Robert Mueller, Director,
Federal Bureau of Investigations
Office of the General Counsel
Room 7427, 935 Pennsylvania Avenue, N.W.,
Washington, D.C. 20535

Executed this 5th day of June, 2007 at San Francisco, California

Sheila Quinlan