ORIGINAL FILED
07 JUN -5 PH 2:49
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CHAMBERS COPY

SHEILA QUINLAN, ATTORNEY AT LAW
State Bar No. 180611
870 Market Street, Suite 570
San Francisco, California 94102
Tel: (415) 399-9075
Fax: (415) 399-9416
Email: sequinlan@earthlink.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NIGEL CABRAL ) CASE NO.
A#: 098 265 277 )
) C 07 2906 SC
Plaintiff, )
v. ) PROOF OF SERVICE
)
Michael Chertoff, Secretary of the U.S. ) SERVICE OF NOTICE OF
Citizenship and Immigration Services ) AVAILIBILITY of MAGISTRATE
) JUDGE
Rosemary Melville, District Director )
U.S. Citizenship and Immigration )
Services, San Francisco District Office )
)
Emilio T. Gonzalez, Director, U.S. )
Citizenship and Immigration Services )
)
Robert Mueller, Director, Federal )
Bureau of Investigation )
)
Defendants.

Proof of Service

I, the undersigned, declare that I am over the age of eighteen years and not a party to this action. My address is 870 Market Street, Suite 570, San Francisco, California 94102

I served the following documents regarding NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION

by placing said documents in an envelope, which was sealed, with U.S. postage fully

U.S Attorney's Office (By Certified Mail)
450 Goldengate Avenue, Box 36055
San Francisco, California 94102
Attn: Civil Process Clerk

Michael Chertoff, (By Certified Mail)
Secretary of the Department of Homeland Security
Office of the General Counsel
U.S Department of Homeland Security
Washington, D.C. 20528

Rosemary Melville, District Director (By Certified Mail)
San Francisco District Office
630 Sansome Street
San Francisco, California, 94111

Emilio T. Gonzalez, Director of U.S.C.I.S.
Office of the General Counsel
U.S Department of Homeland Security
Washington, D.C. 20528

Robert Mueller, Director,
Federal Bureau of Investigations
Office of the General Counsel
Room 7427, 935 Pennsylvania Avenue, N.W.,
Washington, D.C. 20535

Executed this 5th day of June, 2007 at San Francisco, California

Sheila Quinlan