# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Nigel CABRAL

E-filing

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Michael CHERTOFF, et al

C 07 2906 SC

TO:
**Michael Chertoff**, Secretary of the Department of Homeland Security
Office of the General Counsel U.S Department of Homeland Security
Washington, D.C. 20528;
**Rosemary Melville**, District Director, San Francisco District Office, 630 Sansome Street San Francisco, California, 94111
**Emilio T. Gonzalez**, Director of U.S.C.I.S., Office of the General Counsel
U.S Department of Homeland Security, Washington, D.C. 20528
**Robert Mueller**, Director, Federal Bureau of Investigations
Office of the General CounselRoom 7427, 935 Pennsylvania Avenue, N.W., Washington, D.C. 20535

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Sheila Quinlan,
Attorney at Law
870 Market Street, Suite 570
San Francisco, California 94102

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE   JUN  5  2007

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

# RETURN OF SERVICE

DATE: June 5, 2007

Service of the Summons and Complaint was made by me [1]

Name of SERVER: Sheila Quinlan
TITLE: Attorney at Law

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
**By U.S. Certified Mail**

Michael Chertoff, Secretary of the Department of Homeland Security Office of the General Counsel U.S Department of Homeland Security Washington, D.C. 20528;
Rosemary Melville, District Director, San Francisco District Office, 630 Sansome Street San Francisco, California, 94111
Emilio T. Gonzalez, Director of U.S.C.I.S., Office of the General Counsel U.S Department of Homeland Security, Washington, D.C. 20528
Robert Mueller, Director, Federal Bureau of Investigations Office of the General Counsel Room 7427, 935 Pennsylvania Avenue, N.W., Washington, D.C. 20535
U.S Attorney's Office 450 Goldengate Avenue, Box 36055 San Francisco, California 94102 Attn: Civil Process Clerk

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 5, 2007
Date

Signature of Server

Address of Server: 870 Market St #102 SF CA 94102

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure