1   SCOTT N. SCHOOLS (SC 9990)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   MELANIE L. PROCTOR (CSBN 228971)
    Melanie.Proctor@usdoj.gov
4   Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-6730
        FAX: (415) 436-6927
7
    Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN FRANCISCO DIVISION
11
    NIGEL CABRAL,                    )      No. C07-02906 SC
12                                   )
                    Plaintiff,       )
13                                   )
            v.                       )
14                                   )
    MICHAEL CHERTOFF, Secretary of the  )   ANSWER TO COMPLAINT
15  Department of Homeland Security;     )
    ROSEMARY MELVILLE, San Francisco     )
16  District Director, U.S. Citizenship and )
    Immigration Services; EMILIO T.      )
17  GONZALEZ, Director, U.S. Citizenship and )
    Immigration Services; ROBERT         )
18  MUELLER, III, Director of the Federal )
    Bureau of Investigation,             )
19                                   )
                    Defendants.      )
20  _____ )

21      The Defendants hereby submit their answer to Plaintiff's Complaint in the Nature of

22  Mandamus and for Other Injunctive Relief.

23                        **JURISDICTION and VENUE**

24      1.  Paragraph One consists of Plaintiff's allegation regarding jurisdiction, to which no

25  responsive pleading is required; however, to the extent a responsive pleading is deemed necessary,

26  Defendants deny that this Court has jurisdiction under any of the provisions cited in Paragraph One.

27      2. Paragraph Two consists of Plaintiff's allegations regarding venue, to which no responsive

28  pleading is required; however, to the extent a responsive pleading is deemed necessary, the

DEFENDANTS' ANSWER
C07-02906 SC

1   Defendants are without sufficient information or knowledge to either admit or deny Plaintiff's
2   allegations regarding venue.

3                              **PRELIMINARY STATEMENT**

4       3.  Plaintiff's receipt of filing for the I-485 is March 21, 2005.  Defendants admit that the
5   application has been pending for more than 2 years; however, Defendants deny that it is being
6   adjudicated outside the processing queue.

7       4.  Defendants deny the allegations in Paragraph Four.

8       5.  The allegations contained in Paragraph Five consists of Plaintiff's conclusions of law and
9   characterization of the lawsuit to which no answer is necessary; however, to the extent a responsive
10  pleading is deemed necessary, Defendants deny the allegations in this paragraph.

11                                    **PARTIES**

12      6.  Defendants admit the allegations in Paragraph Six.

13      7.  Defendants admit the allegations in Paragraph Seven.

14      8.  Defendants admit the allegations in Paragraph Eight.

15      9.  Defendants deny the allegations in Paragraph Nine.  USCIS is an agency within the
16  Department of Homeland Security.

17      12. Defendants deny the allegations in Paragraph Twelve.[1]

18      13. Defendants admit the allegations in Paragraph Thirteen.

19                              **STATUTORY FRAMEWORK**

20      14. The allegations contained in Paragraph Fourteen consists of Plaintiff's conclusion of law
21  to which no answer is necessary.

22      15. Defendants admit the allegations in Paragraph Fifteen with the exception that the receipt
23  date on the application is March 12, 2005.  Furthermore, the applicants were interviewed on both
24  the visa petition and the adjustment of status application.

25      16. The allegations contained in Paragraph Sixteen consists of Plaintiff's conclusions of law
26  to which no answer is necessary; however, to the extent a responsive pleading is deemed necessary,

27  ───────────────

28          [1]The Complaint does not contain Paragraphs 10 and 11.

    DEFENDANTS' ANSWER
    C07-02906 SC                    2

1  defendants are without sufficient information to admit or deny the allegations in this paragraph.

2      17. Defendants admit the allegations in Paragraph Seventeen with the exception that the

3  Form I-72 provided to the Plaintiff stated that the case was pending "security clearance(s)."

4      18. Defendants admit that the case is pending for more than two years; however, Defendants

5  deny the remaining allegations in this paragraph.

6                                   **FACTS**

7      19. Defendants admit the allegations in Paragraph Nineteen.

8      20. Defendants admit the allegations in Paragraph Twenty.

9      21. Defendants admit the allegations in Paragraph Twenty-One.

10     22. Defendants admit the allegations in Paragraph Twenty-Two.

11     23. Defendants admit the allegations in Paragraph Twenty-Three with the exception that

12 there is no evidence to admit or deny that the applicant has consistently maintained lawful status.

13     24. Defendants admit the allegations in Paragraph Twenty-Four.

14     25. Defendants admit the allegations in Paragraph Twenty-Five.

15     26. The allegations contained in Paragraph Twenty-Six consists of Plaintiff's conclusions

16 of law to which no answer is necessary.

17     27. Defendants deny the allegations in Paragraph Twenty-Seven.

18     28. The allegations contained in Paragraph Twenty-Eight consists of Plaintiff's conclusions

19 of law to which no answer is necessary.

20     29. Defendants deny the allegations in Paragraph Twenty-Nine.

21     30.  Defendants are without sufficient information to admit or deny the allegations in

22 Paragraph Thirty.

23     31. Defendants deny the allegations in Paragraph Thirty-One.

24     32. Defendants admit the allegations in Paragraph Thirty-Two.

25     33.  Defendants are without sufficient information to admit or deny the allegations in

26 Paragraph Thirty-Three.

27     34. Defendants admit the allegations in Paragraph Thirty-Four.

28     35.  Defendants are without sufficient information to admit or deny the allegations in

Paragraph Thirty-Five.

36. Defendants admit the allegations in Paragraph Thirty-Six.

37. Defendants admit that the applicant has been informed that the application remains pending due to security clearance(s). Defendants are without sufficient information to admit or deny the remaining allegations.

38. Defendants deny the allegations in Paragraph Thirty-Eight.

39. Defendants deny the allegations in Paragraph Thirty-Nine.

40. Defendants deny the allegations in Paragraph Forty.

41. Defendants deny the allegations in Paragraph Forty-One.

**ADMINISTRATIVE REMEDIES HAVE BEEN EXHAUSTED**

42. The allegations contained in Paragraph Forty-Two consists of Plaintiff's conclusions of law to which no answer is necessary.

43. The allegations contained in Paragraph Thirteen consists of Plaintiff's conclusions of law to which no answer is necessary; however, to the extent a responsive pleading is deemed necessary, Defendants are without sufficient information to admit or deny the allegations in this paragraph.

**NO ADEQUATE REMEDY AT LAW**

44. The allegations contained in Paragraph Forty-Four consists of Plaintiff's conclusions of law to which no answer is necessary.

**CLAIM FOR RELIEF**

45. The allegations contained in Paragraph Forty-Five consists of Plaintiff's prayer for relief to which no answer is necessary; however, to the extent a responsive pleading is deemed necessary, Defendants deny the allegations in this paragraph.

46. The allegations contained in Paragraph Forty-Six consists of Plaintiff's prayer for relief to which no answer is necessary; however, to the extent a responsive pleading is deemed necessary, Defendants deny the allegations in this paragraph.

47. The allegations contained in Paragraph Forty-Seven consists of Plaintiff's prayer for relief to which no answer is necessary; however, to the extent a responsive pleading is deemed

1  necessary, Defendants deny the allegations in this paragraph.

2  **PRAYER FOR RELIEF**

3  The remaining paragraphs consists of Plaintiff's prayer for relief, to which no admission or

4  denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny

5  these paragraphs.

6  <u>AFFIRMATIVE AND/OR OTHER DEFENSES</u>

7  All allegations not here before specifically admitted, denied, or modified, are hereby denied.

8  For further and separate answer, Defendants allege as follows:

9  <u>FIRST DEFENSE</u>

10  The Court lacks jurisdiction over the subject matter of this action.

11  <u>SECOND DEFENSE</u>

12  The  Complaint fails to state a claim against the Defendants upon which relief can be

13  granted.

14  <u>THIRD DEFENSE</u>

15  No acts or omissions by the United States or its employees were the proximate cause of any

16  injury or damages to the Plaintiff.

17  <u>FOURTH DEFENSE</u>

18  At all times alleged in the complaint, Defendants were acting with good faith, with

19  justification, and pursuant to authority.

20  <u>FIFTH DEFENSE</u>

21  The Defendants are processing the application referred to in the Complaint to the extent

22  possible at this time.  Accordingly, no relief as prayed for is warranted.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

DEFENDANTS' ANSWER
C07-02906 SC                    5

1    WHEREFORE, Defendants pray for relief as follows:

2    That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's

3 Complaint with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief

4 as it deems just and proper under the circumstances.

5 Dated: August 6, 2007                                    Respectfully submitted,

6                                                          SCOTT N. SCHOOLS
                                                           United States Attorney
7

8                                                          _____/S/_____
                                                           MELANIE L. PROCTOR
9                                                          Assistant United States Attorney
                                                           Attorneys for Defendants
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28