1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11
   NIGEL CABRAL,                    )    No. C07-02906 SC
12                                  )
                Plaintiff,           )
13                                  )
        v.                           )
14                                  )
   MICHAEL CHERTOFF, Secretary of the )   JOINT REQUEST TO BE EXEMPT FROM
15 Department of Homeland Security;  )    FORMAL ADR PROCESS
   ROSEMARY MELVILLE, San Francisco  )
16 District Director, U.S. Citizenship and )
   Immigration Services; EMILIO T.   )
17 GONZALEZ, Director, U.S. Citizenship and)
   Immigration Services; ROBERT      )
18 MUELLER, III, Director of the Federal )
   Bureau of Investigation,           )
19                                   )
                Defendants.           )
20 _____ )

21      Each of the undersigned certifies that he or she has read either the handbook entitled
22 "Dispute Resolution Procedures in the Northern District of California," or the specified portions of
23 the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute
24 resolution options provided by the court and private entities, and considered whether this case might
25 benefit from any of them.
26      Here, the parties agree that referral to a formal ADR process will not be beneficial because
27 this mandamus action is limited to Plaintiff's request that this Court compel Defendants to
28 adjudicate the application for adjustment of status. Given the substance of the action and the lack

ADR CERTIFICATION
C07-02906 SC

1  of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily
2  tax court resources.   Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be
3  removed from the ADR Multi-Option Program and that they be excused from participating in the
4  ADR phone conference and any further formal ADR process.

Dated: August 29, 2007                           Respectfully submitted,

                                                 SCOTT N. SCHOOLS
                                                 United States Attorney


                                                        /s/
                                                 MELANIE L. PROCTOR[1]
                                                 Assistant United States Attorney
                                                 Attorneys for Defendants


Dated: August 29, 2007                                  /s/
                                                 SHEILA QUINLAN
                                                 Attorney for Plaintiff

**ORDER**

   Pursuant to stipulation, IT IS SO ORDERED.


Date:                                            _____
                                                 SAMUEL CONTI
                                                 United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ADR CERTIFICATION
C07-02906 SC                         2