| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SC 9990)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | MELANIE L. PROCTOR (CSBN 228971)<br>Melanie.Proctor@usdoj.gov |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| NIGEL CABRAL, | ) | No. C07-02906 SC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary of the<br>Department of Homeland Security;<br>ROSEMARY MELVILLE, San Francisco<br>District Director, U.S. Citizenship and<br>Immigration Services; EMILIO T.<br>GONZALEZ, Director, U.S. Citizenship and<br>Immigration Services; ROBERT<br>MUELLER, III, Director of the Federal<br>Bureau of Investigation, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | JOINT REQUEST TO BE EXEMPT FROM<br>FORMAL ADR PROCESS |
| Defendants. | ) | |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to Plaintiff's request that this Court compel Defendants to adjudicate the application for adjustment of status. Given the substance of the action and the lack

ADR CERTIFICATION
C07-02906 SC

1  of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily
2  tax court resources.  Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be
3  removed from the ADR Multi-Option Program and that they be excused from participating in the
4  ADR phone conference and any further formal ADR process.

5  Dated: August 29, 2007                    Respectfully submitted,

6                                            SCOTT N. SCHOOLS
                                             United States Attorney
7

8                                                   /s/
                                             MELANIE L. PROCTOR[1]
9                                            Assistant United States Attorney
                                             Attorneys for Defendants
10

11
   Dated: August 29, 2007                          /s/
12                                           SHEILA QUINLAN
                                             Attorney for Plaintiff
13

14                                **ORDER**

15     Pursuant to stipulation, IT IS SO ORDERED.

17  Date:  9/7/07
18                                           _____
                                             SAMUEL CONTI
                                             United States District Judge
19

---

28   [1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ADR CERTIFICATION
C07-02906 SC                    2