SHEILA QUINLAN, ATTORNEY AT LAW
State Bar No. 180611
870 Market Street, Suite 570
San Francisco, California 94102
Tel: (415) 399-9075
Fax: (415) 399-9416
Email: sequinlan@earthlink.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIGEL CABRAL<br>A#: 096 390 328<br><br>    Plaintiff,<br><br> v.<br><br>Michael Chertoff, Secretary of the U.S. Citizenship and Immigration Services<br>Rosemary Melville, District Director U.S. Citizenship and Immigration Services, San Francisco District Office<br>Emilio T. Gonzalez, Director, U.S. Citizenship and Immigration Services<br>Robert Mueller, Director, Federal Bureau of Investigation<br><br>    Defendants. | CASE NO. C 07 2906 SC<br><br>**JOINT CASE MANAGEMENT STATEMENT** and **[Proposed] ORDER** |

**1. Jurisdiction and Service**

The basis asserted by plaintiff for this courts' jurisdiction is 28 U.S.C. §1331, 28 U.S.C. § 1361 and 5 U.S.C. §701. The parties do not dispute that venue is proper in this district. No issues exist regarding personal jurisdiction or venue, and no parties remain to be served.

1

Joint Case Management Statement
C07 2906 SC

**2. Facts**

The petitioner filed form I-485 application to adjust his status to that of Lawful Permanent Resident with the United States Citizenship and Immigration Services (USCIS) in March 2005. The USCIS has not yet adjudicated the Form I-485 application. The plaintiff filed an action on June 5, 2007, seeking an order from this court directing USCIS to adjudicate his form I-485 application.

**3. Legal Issues**

Whether subject matter jurisdiction is proper and whether USCIS is acting with due diligence and in a timely manner adjudicating petitioner's application for adjustment of status.

**4. Motions**

The parties intend to file cross- motions for summary judgment.

**5. Amendment of pleadings**

No parties, claims or defenses are expected to be added or dismissed.

**6. Evidence preservation**

The parties do not have any evidence that falls within this category

**7. Disclosures**

The parties believe that the initial disclosure requirements of Fed. R. Civ. P. 26 do not apply to this case.

**8. Discovery**

The parties will conduct discovery, if at all, within the constraints of the Federal Rules of Civil Procedure.

**9. Class Actions**

Not applicable to this case

**10. Related Cases**

The parties are not aware of any related case or cases

**11. Relief**

The plaintiff asks this court to direct USCIS to adjudicate his form I-485 application.

**12. Settlement and ADR**

The Request for exemption from the Court's ADR process was granted September 7, 2007.

**13. Consent to Magistrate Judge for All Purposes**

The parties will consent to the assignment of this case to a magistrate judge.

**14. Other References**

The parties do not believe that this case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**15. Narrowing of Issues**

The parties do not believe that the issues can be narrowed by agreement or by motion, and do not have suggestions to expedite the presentation of evidence at trial (e.g. through summaries or stipulations) and any request to bifurcate claims or defenses.

**16. Expedited Schedule**

The parties believe this case can be resolved on cross-motions for summary judgment. Parties request that case be taken under submission at close of the cross-motion schedule.

**17. Scheduling**

The parties propose the following schedule on the parties' cross-motions for summary judgment:

Plaintiff's Motion for Summary Judgment: October 18, 2007
Defendants' Opposition/Cross-Motion: November 8, 2007
Plaintiff's Reply/Opposition: November 15, 2007
Defendants' Reply: November 21, 2007

**18. Trial**

The parties do not anticipate a need for trial in this case.

**19. Disclosure of Non-party Interested Entities or Persons**

The parties know of no non-party interested entities or persons in connection with this case.

**20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter**

None.

Date: September 11, 2007              Respectfully submitted

                                                                         _____/s/_____
                                                                          Sheila Quinlan
                                                                          Attorney for Plaintiff

                                                                        _____/s/_____
                                                                         Melanie Proctor
                                                                         Assistant United States Attorney
                                                                         Attorney for Defendant

Joint Case Management Statement
C07 2906 SC

1
2
3
4                          **CASE MANAGEMENT ORDER**
5       The joint Case Management Statement and Proposed Order are hereby adopted by
    the Court as the Case Management Order for the Case, and the parties are order to
6   comply with this order.
7
8   Date: _____                              _____
9                                                SAMUEL CONTI
                                                  Judge, U.S. District Court
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                           5

# CERTFICATE OF SERVICE

## SHEILA E. QUINLAN, ATTORNEY AT LAW

870 Market Street, Suite 570
San Francisco, California 94102

---

The undersigned hereby certifies that I am Sheila Quinlan, Attorney at Law (business address as above) and am not a party to this action. I am a person of such age and discretion to be competent to serve papers. The undersigned further satisfies that I am causing a copy of the following document:

**Cabral v. Chertoff, Joint Case Management Statement**
**C 07 2906 SC**

To be served this date upon the parties as follows:

By First Class Mail by placing an envelope with postage thereon fully pre-paid in a U.S. Mail Collection Box.

Addressed to:

Melanie Proctor
Assistant U.S. Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 12, 2007 at San Francisco, California.

_____/s /_____
Sheila Quinlan,
Attorney at Law

6

Joint Case Management Statement
C07 2906 SC

1
2  *Cabral v. Chertoff*, Joint Case Management Statement
   C 07 2906 SC
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

7

Joint Case Management Statement
C07 2906 SC