SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NIGEL CABRAL, ) | No. C07-02906 SC |
| )  Plaintiff, ) | |
| v. ) | |
| MICHAEL CHERTOFF, Secretary of the ) Department of Homeland Security; ) ROSEMARY MELVILLE, San Francisco ) District Director, U.S. Citizenship and ) Immigration Services; EMILIO T. ) GONZALEZ, Director, U.S. Citizenship and ) Immigration Services; ROBERT ) MUELLER, III, Director of the Federal ) Bureau of Investigation, ) )  Defendants. ) | STIPULATION TO DISMISS AND [PROPOSED] ORDER |

///
///
///
///
///
///
///
///

STIPULATION TO DISMISS
C07-02906 SC

1  Plaintiff, by and through his attorney of record, and Defendants, by and through their
2  attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-
3  entitled action without prejudice in light of the fact that the United States Citizenship and
4  Immigration Services has approved Plaintiff's application for adjustment of status.

5  Each of the parties shall bear their own costs and fees.

Dated: September 18, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants


Dated: September 18, 2007                    _____/s/_____
SHEILA QUINLAN
Attorney for Plaintiff

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

SAMUEL CONTI
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISS
C07-02906 SC                    2