1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

   NIGEL CABRAL,                         )   No. C07-02906 SC
12                                       )
                 Plaintiff,              )
13                                       )
          v.                             )
14                                       )
   MICHAEL CHERTOFF, Secretary of the    )   STIPULATION TO DISMISS AND
15 Department of Homeland Security;      )   [PROPOSED] ORDER
   ROSEMARY MELVILLE, San Francisco      )
16 District Director, U.S. Citizenship and )
   Immigration Services; EMILIO T.       )
17 GONZALEZ, Director, U.S. Citizenship and )
   Immigration Services; ROBERT          )
18 MUELLER, III, Director of the Federal )
   Bureau of Investigation,              )
19                                       )
                 Defendants.             )
20 _____)

21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION TO DISMISS
C07-02906 SC

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has approved Plaintiff's application for adjustment of status.

Each of the parties shall bear their own costs and fees.

Dated: September 18, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: September 18, 2007

_____/s/_____
SHEILA QUINLAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 9/19/07



SAMUEL CONTI
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISS
C07-02906 SC                                                    2